

**ORDERED in the Southern District of Florida on June 21, 2019.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

                                     Case No.: **13-13353-JKO**

**Marcelo Meirelles De Carvalho,**

                                   Chapter   **11**

                Debtor.

_____/

**EMERGENCY REPORT & RECOMMENDATION TO THE JUDGES OF THE UNITED**
**STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
**REQUESTING THE INITIATION OF CRIMINAL CONTEMPT PROCEEDINGS**
**AGAINST THE DEBTOR FOR REPEATED VIOLATIONS OF THIS**
**COURT'S ORDERS AND THREATS OF DEATH AND EXECUTION**

      **THIS CASE** came before the Court for a hearing on June 20, 2019, upon this Court's

Order Directing the Clerk of Court to Enter a Writ of Bodily Attachment [ECF 237] and the

associated Writ of Bodily Attachment (the "Second Writ of Bodily Attachment") [ECF 238].

The Debtor was arrested earlier that morning by the United States Marshals Service (the "USMS")

and brought before the Court for a hearing. This is the second time the Debtor has been brought

before this Court by the USMS for violating this Court's order by sending court and chambers

staff bizarre and threatening communications.

### The First Writ of Bodily Attachment

Previously, on May 23, 2019, the USMS apprehended the Debtor and brought him before the court for a hearing pursuant to this Court's Writ of Bodily Attachment (the "First Writ of Bodily Attachment") [ECF 223]. The Debtor had been held in civil contempt of court for failing to abide by the provisions of the Order Denying Debtor's Motion to Reopen Chapter 11 Case, Denying Additional Relief, and Prohibiting Certain Actions (the "Prohibition Order") [ECF 219].[1]

The Prohibition Order was prompted in part by dozens, if not hundreds, of emails that a wide variety of chambers and court staff received over a period of time from the Debtor. The Court held a hearing on what this Court construed as the Debtor's Motion to Reopen Chapter 11 Case [ECF 204] on May 14, 2019, at which the Debtor did not appear. Minutes before the hearing, chambers and court staff received an email from the Debtor, which in relevant part states:

> TRAITORS OF HUMANITY, TO ALL ATTENDEES, WHETHER CLONED HUMANS OR NOT AND THEIR MASTERS, OF CRIMINAL HEARING [TERROR ACT]. IT IS A WAR DECLARATION IN PUBLIC AGAINST THE HUMANKIND BEFORE THE TRIBUNAL OF HAGUE FROM TRAITORS OF THE WORLD: JEW ZOG'S COMMAND IN CHIEF DONALD TRUMPH AND VLADMIR PUTTIN, AND ZOG'S US JUDGES RAYMOND RAY, JOHN K OLSON, CECILIA ANATONGA – US JUDICIARY, US COURTS INCLUDING JUSTICES OF SUPREME COURT OF THEN USA, YOU ARE ALL IN CONTEMPT OF INTERNATIONAL LAWS, LAWS OF THE

---

1 The Prohibition Order is attached as Exhibit 1 and is on the docket in this case at ECF 219.

LAND, YOU ALL ARE CONTRAVENERS TERRORISTS AIMED TO DESTRUCTION OF HUMANKIND, YOU ALL, WHETHER THIS HEARING TAKES PLACE OR NOT TODAY, ARE CONDEMNED TO DEATH BY ORDERS OF HIS IMPERIAL HIGHNESS DOM MARCELLUS.

EXECUTIONS SHALL START EARLY TODAY!

H.I.H. Dom Marcellus.

The Supreme Justice of The World.

After the hearing, the Court entered its Prohibition Order which prohibited the Debtor from taking certain actions. The Prohibition Order, which was hand delivered to the Debtor by the USMS [ECF 221 Certificate of Service],[2] specifically indicated that the Debtor was prohibited from entering any of the bankruptcy courthouses in the Southern District of Florida and that the Debtor may not email court staff or file documents in this case or others. Unfortunately, the Debtor continued to email court staff and chambers after the Prohibition Order's deadline of 12:00 p.m. on Friday, May 17, 2019, and pursuant to the terms of the Prohibition Order the Debtor was immediately held in civil contempt of court and this Court entered its First Writ of Bodily Attachment [ECF 223] on May 20, 2019.

The USMS apprehended the Debtor and brought him before this Court for a hearing on May 23, 2019. At the nearly three hour long hearing, the Debtor expounded upon a wide variety of topics, including the purported fact that he is the King of Portugal, the Emperor of Brazil, the emperor of the world, that he was infected with HIV/AIDS due to medical experimentation after

---

2 The Debtor is a known person to the USMS. They have previously confiscated one or more firearms from the Debtor.

3

he had been abducted by an imposter family, that Hillary Clinton and Vladimir Putin are siblings, that the judge in this case may be a clone, that the United States Government is a Zionist Occupied Government and other conspiracy theories.[3]   The Court could not tell if the Debtor understood what he was saying.   It is clear that the Debtor is delusional at the very least.

When a Debtor is held in civil contempt by this Court, the purpose of that contempt is *coercion* – the Court is attempting to force the Debtor to comply with a lawful order of court.

> "In other words, a person incarcerated as a result of civil contempt must have the key to his jail cell in his pocket.   Where the court exercises such coercive power … for the purpose of compelling future obedience, those imprisoned 'carry the keys of their prison in their own pockets,' by obedience to the court's valid order, they can end their confinement; and the court's coercive power in such a 'civil contempt' proceeding ends when its order has been obeyed."   *In re Falck*, 513 B.R. 617, 619 (Bankr. S.D. Fla. 2014) (internal citations omitted).

Here, the purpose of holding the Debtor in contempt and having the Debtor apprehended by the USMS was an attempt to coerce the Debtor into complying with the Prohibition Order and, among other things, stop sending emails to chambers and court staff.   In order to purge that contempt, and therefore be released from the custody of the USMS, the Debtor had to convince this Court that he would abide by the terms of Prohibition Order.   At the hearing on May 23rd, The Debtor, under oath, refused to state that he would stop filing documents in this case, where there is no further bankruptcy purpose to be served.[4]   Even if the Debtor had claimed that he would abide by the terms of the Prohibition Order, the Court is unsure if such a statement would have been convincing in light of the Debtor's other statements at the hearing.

Accordingly, upon advice of the USMS in court, the Court ordered that the Debtor be remanded to the custody of the USMS for a psychiatric evaluation.   The evaluation would have

---

3  The Transcript of that hearing is included as Exhibit 2 and is on the docket at ECF 240 in this case.
4  The Debtor's Chapter 11 case was confirmed in 2014, he made all payments required under his Chapter 11 plan, and he received a discharge in early 2015.

provided assistance to this Court in determining whether the Debtor was even capable of purging his civil contempt *and* helped determine if the Debtor is a threat to himself or others, including this judge, Bankruptcy Judge Raymond Ray, and District Court Judge Cecilia Altonaga,[5] and President "Donald Trumph," who all have been "condemned to death by orders of his imperial highness Dom Marcellus."[6] This Court hoped to determine whether or not the Debtor is serious and dangerous, which are concepts that this Court could not adequately assess without a psychiatric evaluation.

Unfortunately, after the hearing, the USMS eventually informed the Court that the doctors at the Federal Detention Center in Miami were *unwilling* to perform a psychiatric evaluation of the Debtor because the Debtor was "only held in civil, and not criminal contempt." The distinction, and its relationship to a determination as to whether the doctors at the Federal Detention Center in Miami are willing to perform a psychiatric evaluation, is unclear to this Court. Furthermore, the doctors at the Federal Detention Center, through the USMS, have indicated that they will only perform a psychiatric evaluation of the Debtor if the Debtor is in "criminal contempt" pursuant to the provisions of 18 U.S.C. § 401(3). That provision indicates that a court of the United States shall have power to punish by fine or imprisonment, or both, at its discretion, such contempt of its authority and none other, as – (3) disobedience or resistance to its lawful writ, process, order, rule, decree, or command.

Because the Court was apparently unable to have a psychiatric evaluation of the Debtor performed, and this Court believes that it is not capable of holding anyone in criminal contempt

---

5 *See generally* 19-cv-20064-CMA *Dom Marcellus v. USA, et al.*
6 The statements made by the Debtor via email could be interpreted as a death threat against the President of the United States in apparent violation of 18 U.S.C. § 871.

and that only the District Court may do so,[7] the Court brought the Debtor in for a continued hearing in hopes that he would be able to purge his civil contempt and be released from custody. At that hearing on June 7, 2019, the Debtor under oath promised to abide by the terms of the Prohibition Order, and accordingly the Court found that the Debtor had purged his civil contempt and dissolved the Writ of Bodily Attachment by Order [ECF 234]. The Debtor indicated that he understood that the terms of the Prohibition Order were still in effect, that he understood if he violated it again the USMS would apprehend him again, and he asked for and was provided a courtesy copy of the Prohibition Order from chambers. The Debtor was released from custody shortly after the hearing.

### The Second Writ of Bodily Attachment

The Debtor was released from USMS custody on Friday, June 7, 2019. On Monday, June 10, 2019, he began emailing court staff again, in continued violation of this Court's Prohibition Order.[8] This Court immediately held the Debtor in civil contempt again pursuant to the terms of the Prohibition Order, entered another Order Directing the Clerk to Enter a Writ of Bodily Attachment [ECF 237] and the Second Writ of Bodily Attachment was entered [ECF 238].

The Debtor was brought before the Court again for a hearing on June 20, 2019, after being apprehended by the USMS earlier that morning. At that hearing the Debtor acknowledged under oath that the owned the email address in question, that he had sent the emails in question, and that no other person to his knowledge had control of or access to the email address. The Court took seven exhibits from Clerk of the Bankruptcy Court Joe Falzone into evidence (the emails and

---

7 *See In re Maria A. Barone*, 10-48142-JKO [ECF 49] Order Rejecting Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law & Closing Cases. This Court interprets that order as indicating that this Court *may not* find anyone in criminal contempt. That Order is attached as Exhibit 3.
8 See Summary of Emails provided by Clerk of the Bankruptcy Court Joe Falzone attached as Exhibit 4.

attachments that he received, which are now held in chambers), and determined that a further lengthy hearing like the first three-hour hearing with the Debtor was pointless. The Court informed the Debtor tha he was in civil contempt of this Court and it would be entering this Report and Recommendation to the District Court requesting a determination that the Debtor was in criminal contempt of court and imposing criminal contempt sanctions. The Debtor was remanded to the custody of the USMS.

Upon consideration of the foregoing, and the Debtor's currently incarcerated status, the Court finds it appropriate here to recommend that the District Court take certain actions that this Court may not. This Court appears to be out of options in this situation. Accordingly, it is hereby **RECOMMENDED** that:

1) The Clerk of the District Court assign this matter to a District Court Judge, and

2) That newly assigned District Court Judge proceed with criminal contempt proceedings as he or she sees fit.

# # #

Copies to:        All Parties in Interest.

This Order will also be delivered to Joe Falzone, Clerk of the Bankruptcy Court for the Southern District of Florida, for his transmission to the Clerk of the District Court for the Southern District of Florida.

# EXHIBIT 1



**ORDERED in the Southern District of Florida on May 14, 2019.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
#### Fort Lauderdale Division
#### www.flsb.uscourts.gov

In re:                                                    Case No.   **13-13353-JKO**

**MARCELO MEIRELLES**
**DE CARVALLHO,**                                         Chapter **11**

                            Debtor.
_____/

### ORDER DENYING DEBTOR'S MOTION TO REOPEN CHAPTER 11 CASE [ECF 204] DENYING ADDITIONAL RELIEF, AND PROHIBITING CERTAIN ACTIONS

This case came before the Court for hearing on May 14, 2019, on the Debtor's *pro se* pleading [ECF 204] styled Notice of Appearance and Continuance (Reopen) and Motion for Judge Disqualification/Refusal [sic]. The pleading (the "Motion") was docketed by the Court as a motion to reopen the case.

This chapter 11 case was filed February 14, 2013, and assigned to Judge Raymond B. Ray. In his Petition [ECF 1] the Debtor stated under penalty of perjury that his name was Marcelo Meirelles De Carvalho, a/k/a Marcelo Carvalho. The Motion indicates that the Debtor is now also known as His Imperial Highness Dom Marcellus.[1]

The Debtor's First Amended Chapter 11 Plan [ECF 164] was filed April 25, 2014, and was confirmed by Order [ECF 181] entered July 8, 2014. By Motion [ECF 191] Requesting Discharge Prior to Completion of Payments under Plan, filed November 24, 2014, the Debtor sought discharge before he completed 30-year term mortgage payments on two properties in Miami, Florida, and represented that all other creditors dealt with in his confirmed Plan had been paid in full under the terms of the Plan. The early discharge motion was granted by Order [ECF 199] Granting Motion Requesting Discharge Prior to Completion of Payments under Plan Pursuant to 11 U.S.C. § 1141(d)(5), entered January 15, 2015. The Court issued its Final Decree and Discharge of Debtor [ECF 201] and the Debtor's Case was closed [ECF 202] on February 10, 2015.

The Motion [ECF 204] now before the Court, and seeking, among other things, to reopen the Debtor's case, was filed more than four years later, on March 14, 2019.

**Jurisdiction**

All federal courts are courts of limited jurisdiction. The jurisdiction of bankruptcy courts arises under the power given to Congress under Article I, Section 8, Subsection 4, "to establish ...

---

1 The Debtor has also referred to himself as "The Supreme Justice of the World" and H.I.H. du Mond Dom Marcellus, among other titles.

2

uniform Laws on the subject of Bankruptcies throughout the United States," and Subsection 9, "[t]o constitute Tribunals inferior to the supreme Court," itself created by Article III of the Constitution. In turn, Congress created and defined the authority of bankruptcy courts pursuant to 28 U.S.C. § 1334, and created and defined the procedures under which bankruptcy cases are to be adjudicated pursuant to 28 U.S.C. § 157. Procedures in the bankruptcy courts are further governed by the Federal Rules of Bankruptcy Procedure promulgated by the Supreme Court and approved by Congress.

Here, the Debtor filed his chapter 11 petition in 2014, he complied with the requirements of chapter 11, and his chapter 11 Plan was duly confirmed and, at his request, a chapter 11 discharge was entered in early 2015 and his case was closed. There is simply nothing more to do in his case, and the Motion does not indicate any request for modification of the confirmed chapter 11 Plan or for any other sort of bankruptcy relief.

11 U.S.C. § 350 provides as follows:

**§ 350 Closing and reopening cases**

(a) After an estate is fully administered and the court has discharged the trustee,[2] the Court shall close the case.

(b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

---

2 Pursuant to the provisions of 11 U.S.C. § 1107, a debtor in possession in a chapter 11 case is equivalent to a trustee for all purposes relevant to the issues before the Court.

The Debtor has not alleged that there are assets of his estate to administer, he has not sought any relief related to his case, and has cited no cognizable bankruptcy-related cause. He does, however, request a "Continuance, and Refusal [sic] of Judge Raymond Ray, and refusal [sic] of debtor's Attorneys." He also seeks "the disqualification of Judges and attorneys since they are part of an Organized Crime in the Sate [sic] of Florida and abroad," alleging in various incomprehensible ways that all federal judges and other such persons are part of a "Zionist Organized Government" engaged in "fraud" by (or against, or both) the United States.

## Recusal

The recusal of federal judges, other than justices of the Supreme Court, is governed by 28 U.S.C. § 455. Bankruptcy Rule 5004 makes clear that disqualification of a bankruptcy judge is governed by that statutory provision, which makes clear that federal judges shall recuse themselves in any case in which their impartiality might reasonably be questioned. Indeed, the Due Process Clause of the Fourteenth Amendment to the Constitution has been construed to guarantee litigants the right to a "neutral and detached"[3] or impartial, judge.[4] Moreover, in a democratic republic in which the legitimacy of government depends on the consent and approval of the governed, public confidence in the administration of justice is indispensable.

In the Motion, the Debtor sought the recusal of Judge Ray. In response, Judge Ray recused himself by Order [ECF 205], entered March 21, 2019, and directed that the case be reassigned by the Clerk. It was subsequently reassigned to this judge by Notice of Case

---

3 *Ward v. Village of Monroeville*, 409 U.S. 57 (1972).
4 Code of Conduct for United States Judges, Canon 2A.

4

Reassignment [ECF 207] entered March 27, 2019.

In a subsequent flurry of rambling and largely incoherent and incomprehensible pleadings [ECF 211-218], filed between April 5, 2019 and May 6, 2019, and docketed by the Clerk as Letters #1 through #7,[5] the Debtor makes clear that he seeks the recusal of this judge specifically, and of **all** United States Judges, and the transfer of his grievance(s) to the International Court of Justice in The Hague.

### The rule of necessity

In *United States v. Will*, 449 U.S. 200 (1980), the Supreme Court held that the adoption of § 455 was not intended to abrogate the rule of necessity. *Id.* at 217. This rule, which has its roots in the common law dating back to the fifteenth century, states that "where all [judges] are disqualified, none are disqualified."[6] Put another way, "a judge is not disqualified to try a case ... 'if the case cannot be heard otherwise.'"[7] Quoting the maxim that "where all are disqualified, none are disqualified,"[8] the Ninth Circuit explained that the rule of necessity was designed to prevent a party from obstructing justice, forcing the removal of his or her case, and preventing the relevant court from deciding the matter.

The Debtor suggests or demands, in the Motion [ECF 204] and the Letters [ECF 211-218] that the matter should be transferred to the International Court of Justice. Although 28 U.S.C. § 1782, titled **Assistance to foreign and international tribunals and to litigants before such**

---

5 ECF 217 and ECF 218 were both docketed at "Letter #7 from Debtor."
6 *Pilla v. Am. Bar Ass'n*, 543 F.2d 56, 59 (8th Cir. 1976).
7 *Ignaccio v. Judges of the United States Court of Appeals for the Ninth Circuit*, 453 F.3d 1160, 1163 (9th Cir. 2006).
8 *Pilla*, 542 F.2d at 59.

**tribunals** contains provisions for assistance by United States Courts to foreign criminal or civil tribunals, or to parties appearing before them, federal law contains no provision whatsoever for the transfer of a case, let alone a confirmed chapter 11 bankruptcy case, to the International Court of Justice.[9]

Because there is no mechanism by which the Debtor's case could be transferred to the International Court of Justice, as he requests and demands, it must remain in the United States Courts. And because the Debtor asserts that all United States Judges are disqualified from considering his case, none are disqualified – and this Court is stuck with it and is therefore required to decide the Motion, as supplemented by the Letters.

## Discussion

Despite having received notice of this hearing via mail [ECF 210], apparently being alerted to this hearing when he visited the clerk's office in the United States Bankruptcy Court for the Southern District of Florida – Miami Division on May 13, 2019, and having attached the Notice of Hearing [ECF 209] to his most recent email[10] sent to a variety of court staff and other various entities, the Debtor failed to appear at the hearing on May 14, 2019. At the hearing, the Court heard from Michael Witkowski of the United States Marshals Service, and from Joe Falzone, Clerk of the United States Bankruptcy Court for the Southern District of Florida. The Court also read into the record the following email received from the Debtor at 8:49 a.m. on May 14, 2019, which

---

9 For a general discussion of the fraught relations between the United States and the International Court of Justice, *see* Sean D. Murphy, The United States and the International Court of Justice: Coping with Antinomies in THE UNITED STATES AND INTERNATIONAL COURTS AND TRIBUNALS (Cesare Romano, ed., 2008).

10 The Debtor's most recent email was sent at 8:49 a.m. on May 14, 2019, 41 minutes before the scheduled 9:30 a.m. hearing.

this Court construes as a threat of death to this judge and to other named and unnamed individuals. In pertinent part, the email states:

TRAITORS OF HUMANITY,

TO ALL ATTENDEES, WHETHER CLONED HUMANS OR NOT AND THEIR MASTERS, OF CRIMINAL HEARING [TERROR ACT]. IT IS A WAR DECLARATION IN PUBLIC AGAINST THE HUMANKIND BEFORE THE TRIBUNAL OF HAGUE FROM TRAITORS OF THE WORLD: JEW ZOG'S COMMAND IN CHIEF DONALD TRUMPH AND VLADMIR PUTTIN, AND ZOG'S US JUDGES RAYMOND RAY, JOHN K OLSON, CECILIA ANATONGA – US JUDICIARY, US COURTS INCLUDING JUSTICES OF SUPREME COURT OF THEN USA, YOU ARE ALL IN CONTEMPT OF INTERNATIONAL LAWS, LAWS OF THE LAND, YOU ALL ARE CONTRAVENERS TERRORISTS AIMED TO DESTRUCTION OF HUMANKIND, YOU ALL, WHETHER THIS HEARING TAKES PLACE OR NOT TODAY, ARE CONDEMNED TO DEATH BY ORDERS OF HIS IMPERIAL HIGHNESS DOM MARCELLUS.

EXECUTIONS SHALL START EARLY TODAY!

H.I.H. Dom Marcellus.

The Supreme Justice of The World.

    Upon consideration of this outrageous email, other emails sent by the Debtor,[11] the

---

11 The Debtor has sent dozens, if not hundreds, more emails to court staff and other entities which are similar in

information provided by Mr. Witkowski and Mr. Falzone at the hearing, and the rambling and nigh

incomprehensible pleadings that assert conspiracies that this Court is unable to decipher, the Court

has determined that the Debtor is quite possibly a threat to himself and/or others.    The Court must

put in place various precautionary measures to protect court staff and the public at large.

Accordingly, it is hereby **ORDERED** that:

1) The Debtor's Motion to Reopen [ECF 204] is **DENIED**.

2) To the extent that the Motion to Reopen [ECF 204] requests other relief, it is **DENIED**.

3) The Debtor is hereby **PROHIBITED** from entering any of the following courthouses

   without express prior written consent from the Chief Judge of the United States District

   Court for the Southern District of Florida:

   a.  C. Clyde Atkins United States Courthouse
       301 N. Miami Avenue
       Miami, FL 33128

   b.  United States Courthouse
       299 East Broward Blvd.
       Fort Lauderdale, FL 33301

   c.  United States Bankruptcy Court
       Flagler Waterview Building
       1515 North Flagler Drive, 8th Floor
       West Palm Beach, FL 33401.

4) The United States Marshals Service is **DIRECTED** to prevent the Debtor from entering

   any of the locations specified above.

   a.  Any attempt by the Debtor to enter any of the locations specified above after noon

---

their threatening and alarming nature, if less specific in their date of execution.

on Friday, May 17, 2019, shall constitute an act of contempt. The Court shall immediately hold the Debtor in contempt upon notice of any attempted entry in violation of this order, and will consider *all* possible remedies, including but not limited to the *issuance of a writ of bodily attachment directing the United States Marshals Service to apprehend the Debtor and to bring him before the Court for a hearing forthwith.*

5) The clerk's office staff is **DIRECTED TO REJECT** any filings from the Debtor in this case or others, whether the Debtor attempts to file documents in person,[12] by mail, or other means including email.

   a. Any attempt to file any document by the Debtor after noon on Friday, May 17, 2019, shall constitute an act of contempt. The Court shall immediately hold the Debtor in contempt upon notice of any attempted filing in violation of this order and will consider *all* possible remedies, including but not limited to the *issuance of a writ of bodily attachment directing the United States Marshals Service to apprehend the Debtor and to bring him before the Court for a hearing forthwith.*

6) The Debtor is **DIRECTED** to stop emailing chambers and court staff.

   a. Any email from the Debtor received by any employee of the United States Bankruptcy Court for the Southern District of Florida after noon on Friday, May 17, 2019, shall constitute an act of contempt. The Court shall immediately hold

---

12 The United States Marshals Service *should* prevent the Debtor from ever reaching the clerk's office in any of the three specified locations.

9

the Debtor in contempt upon receipt of any such email, and will consider *all*
possible remedies, including but not limited to the *issuance of a writ of bodily
attachment directing the United States Marshals Service to apprehend the Debtor
and to bring him before the Court for a hearing forthwith.*

b. Chambers and court staff are **DIRECTED** to contact Judge Olson's law clerk if
they receive any email from the Debtor after noon on Friday, May 17, 2019.

### 

Copies to: all parties in interest.

The clerk is further directed to serve this order via email upon all employees of the United States Bankruptcy Court for the Southern District of Florida, upon all employees of the United States District Court for the Southern District of Florida, upon the United States Marshal for the Southern District of Florida, and upon the United States Trustee for Region 21.

# EXHIBIT 2

Page 1

1  UNITED STATES BANKRUPTCY COURT
          SOUTHERN DISTRICT OF FLORIDA

2

3

4

5   IN RE:                    CASE NO. 13-13353-JKO

6   MARCELO MEIRELLES DE CARVALHO,

7            Debtor.
    _____/

8

9                  ECF #223, 227

10                  May 23, 2019

11          The above-entitled cause came on for hearing

12  before the Honorable JOHN K. OLSON, one of the Judges

13  in the UNITED STATES BANKRUPTCY COURT, in and for the

14  SOUTHERN DISTRICT OF FLORIDA, at 299 E. Broward Blvd.,

15  Fort Lauderdale, Broward County, Florida on May 23, 2019,

16  commencing at or about 1:30 p.m., and the following

17  proceedings were had.

18

19

20

21

22

23          Transcribed from a digital recording by:
                Cheryl L. Jenkins, RPR, RMR

24

25

Page 2

1
2
                         APPEARANCES:

3
          MARCELO MEIRELLES DE CARVALHO, Debtor

4
5
                        ALSO PRESENT

6
          MICHAEL WITKOWSKI, U.S. Marshals Service

7
       JOSEPH FALZONE, Clerk of the Bankruptcy Court

8
             Sabrina Livingston, Supervisor of
9                  the U.S. Marshals Service
10          ECRO - Electronic Court Reporting Operator
11
                     - - - - - - -

12
13                         INDEX
     WITNESS                          Page
14
     MICHAEL WITKOWSKI
15      By the Court                      3
16   JOSEPH FALZONE                       6
        By the Court`
17
     MARCELO MEIRELLES DE CARVALHO
18      By the Court                      58
19
20
21
22
23
24
25

Page 3

```
 1                    ECRO:  All rise

 2                    THE COURT:  Thank you.  Please be seated.

 3                    We are here this afternoon in the confirmed

 4   Chapter 11 case of Marcelo Meirelles De Carvalho, whom I

 5   understand was involuntarily brought here today by the

 6   United States Marshal.

 7                    Mr. Witkowski, are you present?

 8                    MR. WITKOWSKI:  Yes, your Honor.

 9                    THE COURT:  Would you come up, please?

10                    Mr. Witkowski, I'm going to ask you to be

11   sworn, just so that we have a good record.

12                    Would you please do so?

13                    ECRO:  Do you swear or affirm that the

14   testimony you will give in this case will the truth, the

15   whole truth, and nothing but the truth under penalty or

16   perjury?

17                    MR. WITKOWSKI:  Yes.

18                    THE COURT:  Thank you.

19   Thereupon,

20                        MICHAEL WITKOWSKI,

21   having been first duly sworn, was examined and testified

22   as follows:

23                        EXAMINATION

24                    THE COURT:  What is your name, sir?

25                    MR. WITKOWSKI:  It's Michael Witkowski,
```

Page 4

```
 1   W-i-t-k-o-w-s-k-i.

 2                   THE COURT:  Thank you.

 3                   By whom are you employed?

 4                   MR. WITKOWSKI:  United States Marshals

 5   Service.

 6                   THE COURT:  Thank you.

 7                   I entered an order on May 14th, 2019, that's

 8   at Docket Entry 219 in this Chapter 11 case, the order

 9   denying debtor's motion to reopen Chapter 11 case, denying

10   additional relief, and prohibiting certain actions.

11                   Did you serve that on Mr. Carvalho?

12                   MR. WITKOWSKI:  Yes, your Honor.

13                   THE COURT:  Personally?

14                   MR. WITKOWSKI:  Yes, your Honor.

15                   THE COURT:  And on what day?

16                   MR. WITKOWSKI:  On the 14th, in the

17   afternoon, approximately 3:00 to 4 o'clock.

18                   THE COURT:  Thank you.

19                   Subsequently I issued an order directing the

20   Clerk of this Court to issue a writ of bodily attachment

21   addressed to the United States Marshals on May 20th.  Did

22   you receive that writ?

23                   MR. WITKOWSKI:  Yes, your Honor.

24                   THE COURT:  And that ordered Mr. Carvalho to

25   be brought before the Court.  When did you execute that
```

```
 1    writ?

 2                    MR. WITKOWSKI:  This morning, about 10:30.

 3                    THE COURT:  Thank you, and it's Mr. Carvalho

 4    who is seated in the courtroom?

 5                    MR. WITKOWSKI:  Yes, your Honor.

 6                    THE COURT:  And tell me about the

 7    circumstances of that apprehension.

 8                    MR. WITKOWSKI:  We had a large number of

 9    people out there for any kind of safety contingences, but

10    the two deputies that went to the door made contact, and

11    while they were talking, they opened the door and

12    effectuated taking him into custody.

13                    THE COURT:  And did Mr. Carvalho say

14    anything at the time?

15                    MR. WITKOWSKI:  He was -- yes, he was

16    talking about, I believe, his case, and other things that

17    were going on, but he wasn't -- his demeanor was calm and,

18    you know, I don't think he mentioned anything that

19    involved, you know, any prior type correspondences that

20    he's had.

21                    THE COURT:  All right.  Thank you.  Thank

22    you very much.

23                    Mr. Falzone, are you present?  Would you

24    come on up, please, also?

25                    MR. FALZONE:  Sure.
```

1                    THE COURT:  Mr. Falzone, I am likewise going

2    to swear you in.

3                    MR. FALZONE:  Sure.

4                    ECRO:  Do you swear or affirm that the

5    testimony you will give in this case will be the truth,

6    the whole truth, and nothing but the truth under penalty

7    of perjury?

8                    MR. FALZONE:  I do swear.

9                    THE COURT:  Thank you.

10   Thereupon,

11                        JOSEPH FALZONE,

12   having been first duly sworn, was examined and testified

13   as follows:

14                        EXAMINATION

15                    THE COURT:  Mr. Falzone, would you spell

16   your name for the record?

17                    MR. FALZONE:  Sure.  It's F, as in Frank,

18   a-l-z, as in zebra, o-n-e.

19                    THE COURT:  And by whom are you employed?

20                    MR. FALZONE:  The United States Courts.

21                    THE COURT:  And you are the Clerk of this

22   Court?

23                    MR. FALZONE:  I am, yes.

24                    THE COURT:  Are you familiar with the order

25   which I entered on May 14th, 2019 prohibiting certain

Page 7

1   actions by Mr. Carvalho?

2                   MR. FALZONE:  I am familiar with that order.

3                   THE COURT:  And, among other things, that

4   order directed Mr. Carvalho to stop emailing Chambers and

5   Court staff.  Are you familiar with that provision of the

6   order?

7                   MR. FALZONE:  I am, yes.

8                   THE COURT:  Did Mr. Carvalho email Chambers

9   and Court staff subsequent to the entry of that order,

10  which was affected by its terms noon on February 17th,

11  2019?

12                  MR. FALZONE:  He did, directly ---

13                  THE CLERK:  May 17th.

14                  THE COURT:  I'm sorry?

15                  THE CLERK:  May 17th.

16                  THE COURT:  May 17th, I'm sorry.

17                  MR. FALZONE:  May 17.

18                  THE COURT:  Yes.

19                  MR. FALZONE:  I did receive two e-mails

20  directly from Mr. Marcellus.  The first email, along with

21  other recipients, I received on May 20th at 10:59 a.m.

22  The second email I received from Mr. Marcellus was on

23  Wednesday, May 22nd at exactly 11:32 a.m.

24                  THE COURT:  When you say Mr. Marcellus, do

25  you mean Mr. Carvalho?

```
 1                    MR. FALZONE:  That's correct.

 2                    THE COURT:  Oh, okay.

 3                    MR. FALZONE:  That's what I meant.

 4                    THE COURT:  Thank you.

 5                    MR. FALZONE:  Yes, sorry.

 6                    Also, if I might add, I received, and I'm

 7    not quite sure "indirectly" is the appropriate term, but

 8    perhaps an e-service of what appears to be state court

 9    notices of electronic filings.  I've been the recipient of

10    about 10 of those, and those apparently are documents that

11    are being filed in the state court, where e-recipients are

12    later added to the state court system, which causes an

13    NEF, a notice of electronic filing, to be sent to various

14    recipients.  I have been the subject of those recipients,

15    briefly identifying the document that was filed in the

16    state court, as well as the attachments containing various

17    motions and orders alike.

18                    THE COURT:  Thank you.  Thank you very much,

19    Mr. Falzone.

20                    MR. FALZONE:  Thank you.

21                    THE COURT:  Mr. Carvalho, would you belly up

22    to the microphone that's on the table in front of you?

23                    MR. CARVALHO:  Yes, can you hear me?

24                    THE COURT:  Would you make sure the mic is

25    turned on, please?
```

Page 9

```
 1                    MR. CARVALHO:  Just approach ---
 2                    THE COURT:  It is, is the green light on?
 3                    ECRO:  YES.
 4                    THE COURT:  All right.  Mr. Carvalho --
 5                    MR. CARVALHO:  Yes.
 6                    THE COURT:  -- I can hear you.
 7                    What is your full name, sir?
 8                    MR. CARVALHO:  My full name is Marcelo
 9     Meirelles De Carvalho.
10                    THE COURT:  And do you have any other names?
11                    MR. CARVALHO:  Yes, I do.
12                    THE COURT:  And what are they?
13                    MR. CARVALHO:  It's a title.
14                    THE COURT:  Yes, sir.
15                    MR. CARVALHO:  Dom Marcellus, D-o-m,
16     Marcellus.
17                    THE COURT:  And when did you acquire the
18     name Dom Marcellus?
19                    MR. CARVALHO:  By birth.
20                    THE COURT:  When you filed -- are you the
21     person who filed a Chapter 11 bankruptcy petition, Case
22     Number 13-13353, on February 14th, 2013?
23                    MR. CARVALHO:  I am the person that ordered
24     the filing through an attorney, Zach Shelomith, and there
25     was subsequent events that happened during this retaining
```

1    of U.S. officer to deal with a case of corruption in the

2    City of Miami Beach, City of Fort Lauderdale, as well our

3    State of Florida, which involved ---

4              THE COURT:  Mr. Carvalho, I will want to

5    hear about other cases, but I want to focus on the case

6    that's in this Court, because I'm a judge in this Court.

7              MR. CARVALHO:  Indeed, your Honor.

8              THE COURT:  Is that okay?

9              MR. CARVALHO:  It's about this case.

10             THE COURT:  Oh, it is?

11             MR. CARVALHO:  I was at that time looking

12   for protection from the federal courts, to the complexity

13   of the case, since it's an international case, involve the

14   State of Florida, a very famous U.S. Trustee,

15   Herbert Stettin, and his associates.

16             THE COURT:  And who are his associates?

17             MR. CARVALHO:  I have the name of them, and

18   all of them are in the public records with irrefutable

19   evidence --

20             THE COURT:  All right.  Who is Mr. ---

21             MR. CARVALHO:  -- promoted by themselves.

22             THE COURT:  Who is Herbert Stettin?

23             MR. CARVALHO:  Herbert Stettin is a judge of

24   the 11th Circuit of Courts, U.S. Trustee of case called

25   Rothstein.

Page 11

```
 1                    THE COURT:  All right, and who are his
 2    associates of whom you're referring?
 3                    MR. CARVALHO:  All the names is lists, among
 4    many others yet to come ---
 5                    THE COURT:  Well, name those which you now
 6    know today.
 7                    MR. CARVALHO:  Zach Shelomith, Alan Fae
 8    (phonetic), which is the CPA of the case, Zach Shelomith,
 9    was the attorney interceptor of the case, which I have
10    commissioned and trusts on him to deal with the situation,
11    and following that Julie Hough, which is not even an
12    attorney, and was representing me through a recommendation
13    or guidance of Zach Shelomith, and at the end I have to
14    look for another attorney, which is Nicholas Bangos, which
15    is also associate to Herbert Stettin.
16                    THE COURT:  In a pleading you filed at --
17    identified as document 204, filed on March 14th, 2019, you
18    say that Herbert Stettin is the father of Hillary Rodham
19    Clinton, is that correct?
20                    MR. CARVALHO:  Indeed.
21                    THE COURT:  And ---
22                    MR. CARVALHO:  Biological father.
23                    THE COURT:  And is he also the father of
24    Vladimir Putin, the president of Russia?
25                    MR. CARVALHO:  Indeed.
```

Page 12

```
 1                    THE COURT:  He is, and are there any other
 2      names, other than Dom Marcellus, or titles by which you
 3      are known?
 4                    MR. CARVALHO:  No.
 5                    Actually my birth certificate is false,
 6      which it was (inaudible) by myself, and it was done by the
 7      abductors of an infant, which I was at the time, in
 8      Brazil.  This is back in the 1950s.
 9                    THE COURT:  Who were those abductors?
10                    MR. CARVALHO:  It is the general doctor, my
11      legal father, Ismael Batiste Carvalho (phonetic), and my
12      legal mother, Hita Meirelles Carvalho (phonetic), which
13      their names is not that.
14                    THE COURT:  What is their real name?  What
15      are their real names?
16                    MR. CARVALHO:  I yet don't know, and it's
17      still on investigation.  As I said, it's an international
18      case.  I have been to Portugal, France -- or France and
19      Portugal, Italy and Austria, seeking for answers, and I
20      believe that World Intelligence Services now is working on
21      the case severely, because it involves not only a question
22      of -- domestic questions of Brazil, or Brazilian empire,
23      but is a world issue, which contains crimes against
24      humanity, such as gene or human cloning.
25                    THE COURT:  Human cloning?
```

Page 13

1                    MR. CARVALHO:  Human cloning, as has been

2      stated formally on U.S. Courts, all U.S. Courts, includes

3      state, federal and county.

4                    THE COURT:  All federal courts are cloned

5      human beings?

6                    MR. CARVALHO:  I cannot make that statement.

7      It's up on investigation, and report of Intelligence

8      Services.

9                    THE COURT:  Am I a clone of someone?

10                    MR. CARVALHO:  I cannot answer that

11      question.

12                    THE COURT:  In your pleading that you filed

13      in March of this year, you refer to yourself as His

14      Imperial Highness Dom Marcellus.

15                    MR. CARVALHO:  That's correct.

16                    THE COURT:  When did you acquire the title

17      His Imperial Highness?

18                    MR. CARVALHO:  It's under investigation, and

19      the recourse will come suit (sic).

20                    THE COURT:  Well ---

21                    MR. CARVALHO:  And I have referred to Tour

22      of the Tumble (phonetic) which it contains the archives of

23      humanity, which is there, its clearly state, what is my

24      condition, or what I have inherit by birth, by DNA, which

25      is the Empire of Portugal, Austria, and other empires,

1   which goes in a very long story, and is very complex to be

2   discussed this -- in this Court.  I think that nobody is

3   qualified but me, and there are other members of the

4   imperial family associated, they are capable, because what

5   you have to do is to read testimony or testaments of the

6   imperial testament of Dom Pedro, first my legal father, my

7   biological father, which is Imperial of Brazil, and King

8   of Portugal.

9           THE COURT:  So, in various of the papers

10  which I have seen in connection with this case, and please

11  understand that I have not had the ability to do the

12  research that you are describing as having done yourself,

13  when did you begin to use the title His Imperial Highness?

14          MR. CARVALHO:  By the time that I notice

15  that I no longer could count on U.S. state -- United

16  States' protection, constitutional protection.  As a

17  matter of fact I have subpoenaed, or court ordered to

18  depose in the case, specific case, which I was about to

19  denounce Herbert Stettin and his criminal organization,

20  and this was signed, Judge Raymond Ray, which I cite as

21  also member of this criminal organization.

22          THE COURT:  So, Judge ---

23          MR. CARVALHO:  And that's why I --

24          THE COURT:  Judge Ray ---

25          MR. CARVALHO:  -- called for the

Page 15

1  disqualification of Judge Ray Raymond (sic) in order that

2  can the case proceed, not as the base is who is a/k/a

3  Marcelo Meirelles Carvalho, but the base is, is this a

4  fraudulent bankruptcy case?  Yes, it is, and I gave all

5  the arguments, including one self in -- myself, that I say

6  I went bankrupt, I fake a bankruptcy in order to seek the

7  protection of United States of America, or constitutional

8  protections of the United States of America.

9              THE COURT:  Do I understand correctly, and I

10  may be oversimplifying matters --

11              MR. CARVALHO:  Uh-huh.

12              THE COURT:  -- that you are the Emperor of

13  Brazil?

14              MR. CARVALHO:  Yes, I am.

15              THE COURT:  And are you also the King of

16  Portugal?

17              MR. CARVALHO:  Yes, I am.

18              THE COURT:  And are you the Emperor of

19  Austria?

20              MR. CARVALHO:  Yes, I am.

21              THE COURT:  Thank you.

22              Are you the Empereur Du Monde?

23              MR. CARVALHO:  Indeed, this is based on

24  international treaties, which is a very complex issue for

25  today republics to understand.  It's (inaudible)

Page 16

```
 1    republics, and it's a kind of a movement that started

 2    about French Revolution if you start count from there.

 3                THE COURT:  Are you ---

 4                MR. CARVALHO:  And end up -- I'm sorry to

 5    interrupt --

 6                THE COURT:  No, please.

 7                MR. CARVALHO:  -- because it's a long story,

 8    and we end up in three world wars, and three world wars is

 9    due to Zionist organized -- or Zionist Occupied

10    Government, which is a Jewish association, which is listed

11    as a Conart theory (phonetic) which, in fact, is not, and

12    the facts today in this world demonstrated it, asked

13    (inaudible) in Brazil, which we have a president not

14    elected, and also we have a Jewish president not elected,

15    that never explained his origins to the people.

16                So, therefore, we have elected, or elected

17    by the people, people with fake ID, what, in fact, they

18    are, and what's their intent to (inaudible) electoral.

19                THE COURT:  You have referred to a Zionist

20    Organized Government, and you also I think said a Zionist

21    Occupied Government.  Are those the same things?

22                MR. CARVALHO:  I call all of them ZOG,

23    Z-O-G.

24                THE COURT:  Uh-huh.

25                MR. CARVALHO:  And this is the way that I
```

1    saw it stated on the Wiki ledger on the web, which all the

2    reference is stated there, and also this culminated with a

3    situation which I have denounced Donald Trump first as

4    Jew, second, as traitor of United States, because, in

5    fact, I met through another member of my abductor, Moose

6    al Taych (phonetic), which I was the engineer of a

7    development, Green Blue Diamond, in that time, and I have

8    denounced today Donald Trump, prior to inauguration, as in

9    a plot to deceive, along with Russia, which end up in a

10   probe, which I don't know exactly what's the result of

11   this probe.

12            THE COURT:  I see.

13            On May 14th of this year, at 8:49 a.m., you

14   sent an email to a number of people, who included

15   Mr. Falzone, who is here in court today ---

16            MR. CARVALHO:  May I open my set?

17            THE COURT:  Yes.

18            MR. CARVALHO:  Mr. Falzone was just on

19   behalf of Judge Raymond Ray.

20            THE COURT:  I see.

21            MR. CARVALHO:  And I was trying to

22   communicate with him what I had been precluded to do,

23   which is a prosecutorial process, a due process in this

24   bankruptcy, which I have been denied, and obstruct my

25   rights as a citizen of them, United States of America, by

1    the U.S. officers of the court, which a case that was

2    coming from state courts, to end up to a situation which

3    is the confinement in a mental facility, it's not even a

4    hospital, as an individual indigent, mentally

5    incapacitated, and seeking for defense of the United

6    States office, which included FBI, and CIA, and also

7    Interpol, as well as National Intelligence Service in

8    Brazil, which is affiliated to CIA, and affiliated to

9    Interpol.

10              THE COURT:  Are you mentally incapacitated,

11   sir?

12              MR. CARVALHO:  Obviously not.

13              THE COURT:  I see.

14              When you filed your bankruptcy case ---

15              MR. CARVALHO:  By the way, your Honor --

16              THE COURT:  Yes.

17              MR. CARVALHO:  -- just to make this --

18   clarify the statement, I think it's offensive your

19   question, because --

20              THE COURT:  Well, you have ---

21              MR. CARVALHO:  -- I think the Court ---

22              THE COURT:  You had used those words, sir.

23              MR. CARVALHO:  I haven't finished yet --

24              THE COURT:  Please.

25              MR. CARVALHO:  -- the offensive statement.

```
 1                    I'm a defender in this case.  I am suing the

 2      United States of America for frauds, and starting U.S.

 3      Judiciary by officers of the judiciary, and consequently

 4      by officers of the government, the U.S. government, and

 5      this comes from Washington to Miami, Moscow to Miami, and

 6      Brasilia to Miami.

 7                    THE COURT:  I -- all right.  Let me follow

 8      up with some questions I have, first of all about your

 9      bankruptcy case.  You filed a Chapter 11 case on

10      February 14th, 2013, right?

11                    MR. CARVALHO:  Which chapter this?

12                    THE COURT:  Chapter 11.

13                    MR. CARVALHO:  Yes, correct.

14                    THE COURT:  And in your bankruptcy petition

15      it asked for you to list all other names used by the

16      debtor in the last eight years, including married, maiden

17      and tradenames, and it says a/k/a, which is also known as,

18      Marcelo Carvalho.

19                    Did you list that you were the Emperor of

20      Brazil in that petition?

21                    MR. CARVALHO:  No.  In that petition, as I

22      said, I was under coercive force, I was forced to seek for

23      protection of United States Government, and the one way

24      that I could, to be free of the criminal organization

25      implanted in South Florida, was to seek for federal
```

Page 20

```
 1    courts, and besides after being falsely arrested, tortured
 2    in a mental facility, which I have disclaimed, and I could
 3    not say, but there is one process -- as a matter of fact,
 4    I just entered today in DCA, in 3rd DCA, District Courts
 5    of Appeals, which is just restating the appeal, and
 6    denounce everybody with irrefutable evidence in the time,
 7    you can imagine almost five years later, it's virtually
 8    impossible to deny that there is fraud, there is crime
 9    ongoing, at least in the State of Florida.
10                   THE COURT:  Were you the Emperor of Brazil
11    on February 14th, 2013?
12                   MR. CARVALHO:  Not knowing, I was.
13                   THE COURT:  When did you know -- become
14    knowing that you were the --
15                   MR. CARVALHO:  Once ---
16                   THE COURT:  -- Emperor of Brazil?
17                   MR. CARVALHO:  A trip that I made to
18    Portugal, Tour of Tumble, which is on the records, as a
19    matter of fact, and I have also on the records with FBI
20    all the information.
21                   THE COURT:  And what year did that occur,
22    sir, your trip to ---
23                   MR. CARVALHO:  Recently, I would say about
24    -- I don't know exactly, about one year and a half, two
25    years ago.
```

Page 21

1                    THE COURT:  And were you the Empereur Du

2    Monde in February of 2013?

3                    MR. CARVALHO:  Not knowing, yes.

4                    THE COURT:  And were you the King of

5    Portugal at that time?

6                    MR. CARVALHO:  Knowingly, yes.

7                    THE COURT:  You knew in February --

8                    MR. CARVALHO:  Yes.

9                    THE COURT:  -- of 2013?

10                   MR. CARVALHO:  My visit ---

11                   THE COURT:  Excuse me, let me finish my

12   question.

13                   MR. CARVALHO:  Uh-huh.

14                   THE COURT:  In February of 2013, you knew

15   you were the King of Portugal?

16                   MR. CARVALHO:  Yes.

17                   THE COURT:  Why did you not list your name,

18   your title as King of Portugal on your bankruptcy

19   petition?

20                   MR. CARVALHO:  It's under investigation, and

21   it's due to reading the testament of my father, Dom Pedro

22   I, and Dom Pedro IV of Portugal, which is direct of Tour

23   to Tumble, which is Portuguese archives, historic

24   Portuguese archives, and it's there, and it's reported.

25   As a matter of fact we put pictures to FBI, CIA, and all

1   the agencies that are all being under surveillance

2   illegally, but has been under surveillance, I believe, for

3   my own protection.

4               THE COURT:  You knew in February 2013 that

5   you were the King of Portugal, is that correct?

6               MR. CARVALHO:  When?  Year, please.

7               THE COURT:  February of 2013.

8               MR. CARVALHO:  No, not knowing I am.

9               THE COURT:  I see.

10              All right.  On May 14th of 2019, which is,

11  what, a week and a half ago or thereabouts, you sent an

12  email to a number of people, including Mr. Falzone,

13  entitled traitors of humanity, to all attendees, whether

14  cloned humans or not, and their masters, a criminal

15  hearing, terror act, it is a war declaration in public

16  against the humankind before the Tribunal of Hague from

17  traitors of the world, Jews, ZOGs Commander in Chief

18  Donald Trump, and Vladimir Putin, and ZOG's U.S. Judges

19  Raymond Ray, John K. Olson, Cecilia Altonaga, U.S.

20  Judiciary, U.S. Courts, including Justices of Supreme

21  Court of then USA, you are all in contempt of

22  international laws, laws of the land, you all are

23  contraveners, terrorists aimed to destruction of

24  humankind.  You all, whether this hearing takes place or

25  not today, are condemned to death by orders of His

```
 1    Imperial Highness Dom Marcellus.

 2                You are the Dom Marcellus referred to in

 3    that communication you sent?

 4                MR. CARVALHO:  Yes, indeed, and that was a

 5    report to the world.  It was not specific to U.S. Courts,

 6    Joe Falzone, representor, Raymond Ray, John K. Olson, and

 7    Cecilia M. Altonaga, and U.S. Judiciary, because the only

 8    person that I have made contact, to make physical contact,

 9    and that's exactly what I have request them.

10                So please forward, make it public, that was

11    exact from the beginning, make it public, the fraud on

12    U.S. Courts, and nobody wants to make it, neither the

13    attorneys, not the judge, not the judge in the United

14    States, because certainly southeastern is the most

15    important district of U.S. Courts, and my intent was to

16    U.S. Judiciary, includes Supreme Courts and the White

17    House, specifically Donald Trump for the press.

18                THE COURT:  And you have indicated that all

19    those persons named, who include me, are condemned to

20    death by your order?

21                MR. CARVALHO:  If you read it, the

22    Constitution of the United States, 1776, and I have

23    rephrased the same content upon visit of a marshals, U.S.

24    Marshals to intimidate me, and I believe it was ordered

25    from John K. Olson, and the -- in that order, or that
```

Page 24

1    order -- in this statement I immediately respond to, to

2    the public, to the world, and immediately I file, which it

3    was yesterday, a recap what exact this is about, it's

4    about exact freedom, liberty and pursuit of happiness, and

5    those that are opposed to that, this is the Constitution

6    of the United States, shall be eliminated, shall be

7    removed from the government, and We the People has to

8    empower other government to respond on behalf of We the

9    People.

10             How it's going to be this?  I don't know.

11   Perhaps I'm not a constitutionalist, and not even a

12   historian to understand what the reasons, but it is from

13   the 2nd Amendment of the Constitution, which I had three

14   pistols, proper register, FBI, I have proper license, and

15   they have been confiscated by the City of Miami Police

16   Department without any explanation.

17             I have been under false arrest, confined in

18   a mental facility as indigent, it's not even myself, which

19   involve a Brazilian government, direct involvement of

20   Brazilian government in that time.

21             THE COURT:  Have you condemned me to death,

22   Mr. Carvalho?

23             MR. CARVALHO:  No.

24             THE COURT:  Your paper says you have.

25             MR. CARVALHO:  No.

Page 25

1           THE COURT:  Your paper says that I and

2   others are condemned to death by orders of His Imperial

3   Highness Dom Marcellus.

4           MR. CARVALHO:  Your Honor, there is a

5   distinction between John K. Olson and U.S. Judge John K.

6   Olson.  Why do you ask me?

7           THE COURT:  I think I'm the same person, my

8   name is John K. Olson.  I am --

9           MR. CARVALHO:  All right.

10          THE COURT:  -- United States Bankruptcy

11  Judge John K. Olson.

12          MR. CARVALHO:  At this point I'm accusing,

13  make one accusation, which is my right to do based on the

14  case bankruptcy, which I was seeking protection, and which

15  involves the most important case in United States,

16  Scott Rothstein case, which is not solved until this day,

17  which the trustee is Herbert Stettin, a U.S. Trustee,

18  worked with Raymond Ray, and Zach Shelomith, and other

19  attorneys in South Florida.

20          I will now -- where he stands, J.K. Olson, I

21  don't know.

22          THE COURT:  I sit ---

23          MR. CARVALHO:  Where he stand?

24          THE COURT:  I sit before you, sir.

25          MR. CARVALHO:  Where he stand, U.S. Judge,

```
 1   John K. Olson?

 2               THE COURT:  Yes.

 3               MR. CARVALHO:  He's a judge of my partner,

 4   Kevin Hinds, in the Bankruptcy Court, which we work

 5   together denouncing White House, denounce financial

 6   market, all the banks have improved, and we have also make

 7   some more fraud discovery, which I did myself, with

 8   Herbert Stettin, which he didn't want to go in that

 9   because he was working more specifically in the bankruptcy

10   case, banks, financial institutions, and the movement of

11   criminal U.S. officers, attorneys, them at that time.

12               THE COURT:  Have you condemned to death

13   Judge Raymond Ray?

14               MR. CARVALHO:  I do not, but United States

15   Code Article, I think, 18 indeed does, not death, but

16   penalty, which could be (inaudible) execution, especially

17   in a world war, or in a crisis as we are, and still under

18   terror act.

19               THE COURT:  Have you condemned to death

20   Donald Trump?

21               MR. CARVALHO:  I do not.  The law does if he

22   is guilt, and I ask is Donald Trump Donald Trump?  Who is

23   Donald Trump?  And why there is a probe with Russia, which

24   is enemy of the United States, I understand, according to

25   the history, involvement, and where it's stated Hillary
```

1    Rodham Clinton, and Vladimir Putin, and Herbert Stettin in

2    this situation, and why all them point out to one person,

3    Marcelo Meirelles Carvalho, it's a fact whether we want or

4    not, whether in Brazil, Portugal, Austria, Italy, which

5    involve another officer, Marshal of Air (phonetic), which

6    has known me since I was a child, which is the one that

7    promoted and through international authorities got me visa

8    to come to visit United States for the first time.

9                    THE COURT:  In your email of May 14th that I

10   have referred to, you say that executions shall start

11   early today.  What did you mean by that?

12                   MR. CARVALHO:  Investigations are under way.

13                   THE COURT:  Executions.

14                   MR. CARVALHO:  I don't ---

15                   THE COURT:  Executions, Mr. Carvalho.

16                   MR. CARVALHO:  Executions ---

17                   THE COURT:  You said executions shall start

18   early today.

19                   MR. CARVALHO:  Court orders, for example.

20                   THE COURT:  What did you mean by that?

21                   MR. CARVALHO:  Court orders.  I think

22   everybody is entitled to defense, and entitled to -- even

23   as a defense, to accuse, but accuse with irrefutable

24   evidence is out of the question of who is a/k/a Marcelo

25   Meirelles Carvalho.  The question is there was a crime,

```
 1    there is a crime.

 2                    THE COURT:  And what is that crime?

 3                    MR. CARVALHO:  And U.S. Courts ---

 4                    THE COURT:  What is that, what is the crime,

 5    sir?

 6                    MR. CARVALHO:  Fraud on court by U.S.

 7    officers.

 8                    THE COURT:  And for that reason those

 9    officers should be condemned to death, or have been

10    condemned to death by you?

11                    MR. CARVALHO:  The case since inception of

12    His Imperial Highness Dom Marcellus, which not knowing

13    when I came to the United States, as I said before, the

14    time that I met Donald Trump.

15                    THE COURT:  And when did you meet

16    Donald Trump, sir?

17                    MR. CARVALHO:  In 1993.

18                    THE COURT:  And what were the circumstances?

19                    MR. CARVALHO:  I was the assistant and

20    vice-president of a company, a Brazilian company, which is

21    New Florida Property, it's on the records, as a matter of

22    fact.

23                    THE COURT:  And what did you and Mr. Trump

24    discuss?

25                    MR. CARVALHO:  I didn't discuss, I was on
```

```
 1    behalf of the company, acting on behalf of the company.

 2               THE COURT:  I see.

 3               MR. CARVALHO:  Trump was trying to acquire

 4    the business from my boss at the time, which his name is

 5    Moose al Taych, which is senator, and is brother of my

 6    abductor, Ismael Batiste Carvalho.

 7               THE COURT:  Who was your abductor?

 8               MR. CARVALHO:  Ismael Batiste Carvalho, Hita

 9    Meirelles Carvalho, the legal parents.

10               THE COURT:  And by whom were you -- from

11    whom were you abducted?

12               MR. CARVALHO:  Good question, and that's --

13    I'd like to ask why investigations don't come out upfront?

14    Why we cannot have that in public, published, publicized?

15    Why United States government, why the U.S. Courts deny me

16    the rights to accuse and demand the rights to know the

17    truth?

18               THE COURT:  Well, you're here in a public

19    hearing today, in the only case which I have, which is

20    your case, that you asked me to reopen.  Do you know why

21    you're here today?

22               MR. CARVALHO:  No.  As a matter of fact, I

23    have no idea, because basically everything that I do is in

24    public, and I have announced to everybody, included U.S.

25    Judge John K. Olson, that I am available at 54 Northeast
```

```
 1   55th Street, and my social secure 592, and my
 2   naturalization as a citizen was revoked in the time that I
 3   swore allegiancy to the United States because everything
 4   was and is of knowledge of FBI, at least, knowledge of
 5   White House, at least, and I was induced, as is stated on
 6   the records, public records, to stay in United States,
 7   I've been suffered with a disease that I never have it,
 8   AIDS/HIV, because of the criminal organization, Jewish
 9   criminal organization of doctors, non-doctors, which they
10   have done exactly this, put me on the courts that
11   enforces, threatening for my life, and taken very
12   aggressive drugs at the time, experimental drugs for more
13   than 20 years.
14              THE COURT:  Are you still taking ---
15              MR. CARVALHO:  And at the end, when I tried
16   to pursue justice, there is no attorney to take the case.
17   There is no attorney of the state that take the case
18   because I was under the hands of care of Herbert Stettin,
19   the criminal.
20              THE COURT:  And Herbert Stettin was your
21   doctor?
22              MR. CARVALHO:  He was intercept by his son,
23   by (inaudible) son, Daniel Davis, another CIA, FBI
24   officer, which he -- I asked him during this process, not
25   knowing, I asked him, I want a wise man, a retired judge
```

Page 31

1   would be wonderful, that has extensive knowledge in

2   criminology, and -- but what we're going to do, we're

3   going to settle the case because I -- I need just interest

4   in my loss, financial loss in my company, and he brought

5   Herbert Stettin, which is there, he decept me, and use me,

6   and use my company until this day to generate profit for

7   the insurance company, which is Hills & Casualty

8   (phonetic) from New York, which (inaudible) Gordon, an

9   attorney, a U.S. Attorney, is very familiar, and they are

10  still committing crimes, and that's why I am back in

11  bankruptcy at the end.

12              THE COURT:  When did you become a

13  naturalized United States citizen?

14              MR. CARVALHO:  2019 -- December 19, 2001, if

15  I'm not wrong.

16              THE COURT:  And have you renounced or

17  revoked your United States citizenship?

18              MR. CARVALHO:  It's revoked, indirectly

19  revoked by law.

20              THE COURT:  And when did that occur, sir?

21              MR. CARVALHO:  Read the law, it's there.

22              THE COURT:  No, tell me when ---

23              MR. CARVALHO:  When I ---

24              THE COURT:  When did you revoke your

25  citizenship?

1                    MR. CARVALHO:  When I certified that, in

2    fact, I am not a/k/a Marcelo Meirelles Carvalho, that my

3    birth certificate is false, it's fake.  So, it's my duty

4    at that time to report the authorities, not obligation,

5    duty, and I did.

6                    THE COURT:  And when, what was the date on

7    which you did so, sir?

8                    MR. CARVALHO:  It's probably in emails, I

9    don't have all my records, because it's a very complex

10   case.

11                   THE COURT:  Do me a -- give me your -- you

12   became a U.S. citizen in 2001, and I'm just asking you,

13   when did you revoke your American citizenship?

14                   MR. CARVALHO:  The revoke was done by law,

15   the laws in the United States --

16                   THE COURT:  And when did that occur?

17                   MR. CARVALHO:  -- and it's rigged.

18                   You have to ask General Attorney of United

19   States, not me.  This is, it's a constitutional issue.

20                   THE COURT:  And of what state are you a

21   citizen?

22                   MR. CARVALHO:  I'm not citizen of any state.

23                   THE COURT:  You're not a citizen of any

24   state?

25                   MR. CARVALHO:  No.

Page 33

```
 1                    THE COURT:  But you are the Emperor of

 2   Brazil?

 3                    MR. CARVALHO:  Indeed.

 4                    THE COURT:  Does that mean you are a citizen

 5   of Brazil?

 6                    MR. CARVALHO:  No, I'm not, I'm royalty.

 7                    THE COURT:  And you are not a citizen of

 8   Portugal either?

 9                    MR. CARVALHO:  By ---

10                    THE COURT:  You ---

11                    MR. CARVALHO:  By inheritance, by

12   inheritance I am the primogeniture of the King of Portugal

13   at the time, and that is clearly stated in the will of --

14   as a royal document, it's a royal testament, real

15   testament, which the signor and cosigner is His Imperial

16   Highness Dom Pedro, IV, as well as his wife, His Imperial

17   Empress Maria Lepodina (phonetic), from Austria.

18                    THE COURT:  And are you also the Emperor of

19   Austria?

20                    MR. CARVALHO:  Indeed, by inheritance.

21                    THE COURT:  And are you a member of the

22   Habsburg family?

23                    MR. CARVALHO:  The last one.

24                    THE COURT:  You are the last Habsburg?

25                    MR. CARVALHO:  Yes, indeed.
```

Page 34

```
 1              THE COURT:  And what is your relationship to
 2    Otto Von Habsburg, who was a member of the European
 3    Parliament?
 4              MR. CARVALHO:  I don't know, I really don't
 5    know.
 6              THE COURT:  You don't know?
 7              MR. CARVALHO:  I know just one member of the
 8    family, which doesn't carry the Habsburg family name,
 9    Sabrina Kon (phonetic), which is also in the records.  I
10    met her in London in 198 -- I have picture also, pictures
11    of everybody.
12              THE COURT:  Do you know why you're here
13    today?
14              MR. CARVALHO:  No, I don't, as I said
15    before.  Now I have an idea, but I'm glad that --
16              THE COURT:  Well --
17              MR. CARVALHO:  -- I'm able to ---
18              THE COURT:  -- I entered -- I entered an
19    order on May 14th, that Mr. Witkowski testified that he
20    had personally handed to you, and that order contains a
21    provision that directs you to stop emailing Chambers and
22    court staff, and that if you did so after noon on Friday,
23    May 17th, that doing so would constitute an act of
24    contempt.
25              MR. CARVALHO:  Let me open a statement here,
```

Page 35

1   or interrupt you.  May I?

2            THE COURT:  If you wish.

3            MR. CARVALHO:  The situation, I receive it

4   under the circumstance which I'm under coercive force,

5   fearing for my life.  I have even a question of the

6   officers, even they come with badge in front of my door,

7   because I don't know anymore who is who, and as a matter

8   of fact I lost the trust in the U.S. government due to

9   obvious circumstance, that I'm still threatened for my

10   life, or fearing for my life, and I have received so many

11   threats from Herbert Stettin and his criminal

12   organization, include the attorneys, especially the

13   attorneys, and everything is on the records.

14            Therefore, I receive it, and I have demand

15   order, Mr. Joe Falzone, and I just kind of made this kind

16   of aggressive telephone calls, which is on the records,

17   too, I hope so, but it was indeed to instigate him, make

18   it public, give me access to U.S. Courts, as any attorney.

19            THE COURT:  Here you are, sir.  This is --

20            MR. CARVALHO:  But, sir --

21            THE COURT:  -- a United States Court.

22            MR. CARVALHO:  -- to get here, you know

23   exactly what happened.

24            THE COURT:  Yes.

25            MR. CARVALHO:  Because you ---

```
 1                THE COURT:  Because you disobeyed my order.
 2                MR. CARVALHO:  I haven't finished, please.
 3                THE COURT:  I haven't finished with you
 4   either, but --
 5                MR. CARVALHO:  But if you interrupt me --
 6                THE COURT:  -- go ahead.
 7                MR. CARVALHO:  -- you don't need to be --
 8   how you are, due to a motion that I made, first, not even
 9   to reopen the case, a motion to denounce one more time the
10   crimes in U.S. Courts by officers of the Courts, and
11   immediate disqualification of Raymond Ray and U.S.
12   officers of said Court, if you want to discuss the
13   corruption, and then corruption of U.S. Courts.  How we
14   going to do this situation?
15                It's very simple, and I say make it public,
16   please, let me do -- I do myself.  Everybody knows who I
17   am.  I rephrase everything.  I don't need citizenship.  I
18   don't need anything.  I'm just, as We the People,
19   John Doe, an indigent that has been in a mental facility
20   for seven months, without any assistance from the U.S.
21   Government, FBI, CIA, and not the White House, knowingly
22   that it's about His Imperial Highness Dom Marcellus, at
23   least from Brazil, because there I was intercepted by
24   Elizabeth Clark, an FBI officer, Mr. Ronald Reagan, in
25   1980s intercept me, along with another one, Peter Riley,
```

 1   which his father is a CIA officer, acted in Latin America,

 2   and which I was intercepted in Brazil, and somehow used in

 3   Brazil, and been kidnapped in Brazil, and later on I was

 4   running from Brazil because of my abductors, and the

 5   corrupt government that we have there, and the corrupt

 6   society.

 7               I went to Europe to seek exile, one way or

 8   another in England, which I have another government

 9   attempt against my life, all for His or Her Royal

10   Highness, which is not Elizabeth II, which is cousin of my

11   legal grandmother, which is not my legal grandmother, or

12   is illegal on the paper, in a fake paper, which is Morate

13   (phonetic).  Menz -- Morate is Menz.  So, everything is on

14   the public records.

15               I don't understand what is the issue if I

16   should come here to discuss who is a/k/a Marcelo, or is

17   there or not fraud in U.S. Courts and if, indeed, what we

18   have done, if this person doesn't silence, must have a

19   reason, and why nobody challenging him on courts.

20               THE COURT:  Mr. Carvalho ---

21               MR. CARVALHO:  Why nobody going to allow him

22   to speak on courts?

23               THE COURT:  Mr. Carvalho, I entered an order

24   on May 14th which ordered you to stop sending emails to

25   the staff and the court officials of this Court.

Page 38

```
 1                    MR. CARVALHO:  I receive ---

 2                    THE COURT:  And you received that order, and

 3       you have disobeyed that order.

 4                    MR. CARVALHO:  No.

 5                    THE COURT:  Yes, you have.

 6                    MR. CARVALHO:  I have not.

 7                    THE COURT:  Yes, you have.

 8                    MR. CARVALHO:  How you know?  What's the

 9       facts, your Honor?

10                    THE COURT:  Because Mr. Falzone just

11       testified to that fact.

12                    MR. CARVALHO:  What's the facts, your Honor?

13                    THE COURT:  Mr. Falzone has testified to the

14       fact.

15                    MR. CARVALHO:  I asked the officer that came

16       down, identified himself, I am under arrest?  No, you're

17       not.  So why you all are here for?  Please, stay outside

18       my property.  The City of Miami backing them, threaten me

19       one more time to confiscate me, or to abduct me direct

20       from my home, which is a violation of constitutional

21       rights, but -- or seize me illegally, but nevertheless he

22       had an envelope and gave me, and told me that it was a

23       court order.  This came from U.S. Courts to you, and I got

24       it.  Thank you.  I'm not going to read it, but thank you

25       very much, and I have not read it.  The envelope is
```

1    sealed.  It's still with others that have been refused by

2    U.S. Courts to receive, as evidence of, indeed, in depth

3    corruption in U.S. Courts.

4                  THE COURT:  You were ordered to stop sending

5    emails to the staff of this Court.

6                  MR. CARVALHO:  Uh-huh.

7                  THE COURT:  You willfully violated that

8    order by continuing to send emails to the staff of this

9    Court, which among other things threatens them, as you

10   have threatened me, as you have threatened the President

11   of the United States, as you have threatened Judge Ray,

12   and your threats are that we are condemned to death by

13   your order, and that execution shall start early today,

14   May 14th, 2019.

15                  MR. CARVALHO:  And ---

16                  THE COURT:  And do you not understand why I

17   am concerned about that?

18                  MR. CARVALHO:  Let me answer you in the same

19   response to your Honor, U.S. Judge, indeed I received the

20   document, or the envelope.  I don't know the content, I

21   have not read, so I did not disobey the order, and

22   everything I have done is always in public, and demanding

23   the U.S. Courts, I don't care if it is J.K. Olson, or Ray

24   Raymond, or Cecilia Altonaga, publish, make it public, let

25   the other parties come to defend themselves, and I named

1   specifically Hillary Clinton, I don't recall naming

2   Donald Trump at the time, but specifically Vladimir Putin,

3   specifically the Embassy of Brazil, specifically the

4   Embassy of Portugal.

5              Why not claim, call everybody in, and all

6   that to be fine in Bankruptcy Court, Chapter 11, because

7   all them involve bankruptcy issues, which is financial

8   fraud, in consequence I lost my ability to make my

9   payments, which pretty much I didn't owe anybody but the

10  banks for mortgage.

11             THE COURT:  Mr. Carvalho, your case

12  proceeded in its bankruptcy proceedings.  You filed a

13  first amended Chapter 11 plan on April 25th, 2014, and

14  that plan was confirmed by order of Judge Ray, that was

15  entered on July 8, 2014.

16             MR. CARVALHO:  Objection.

17             THE COURT:  Yes.

18             MR. CARVALHO:  I was precluded, and I was

19  guided by the attorney, criminal, my attorney at the time,

20  which I had retained, which was passed hands from

21  Zach Shelomith to Julie Hough, and finally another corrupt

22  U.S. officer, pretend to be U.S. officer, Nicholas Bangos,

23  son of a U.S. Judge --

24             THE COURT:  Who is Mr. Bangos' ---

25             MR. CARVALHO:  -- Ungaro.

```
 1                    THE COURT:  Who is Mr. Bangos' father?

 2                    MR. CARVALHO:  Nicholas Bangos, U.S. -- it's

 3      the attorney, the last attorney in the case.

 4                    THE COURT:  Yes, you said he was the son of

 5      a U.S. Judge.

 6                    MR. CARVALHO:  Yes.

 7                    THE COURT:  Who is his father?

 8                    MR. CARVALHO:  Richard Burton.  I'm not ---

 9                    THE COURT:  Richard Burton?

10                    MR. CARVALHO:  Yes, Burton, also most likely

11      involved in the Rothstein case, a very known, prominent

12      attorney in Florida, the State of Florida --

13                    THE COURT:  You ---

14                    MR. CARVALHO:  -- and U.S. Courts as well.

15                    THE COURT:  You filed a motion requesting a

16      discharge prior to the completion of payments under the

17      plan.  That motion was filed on November 24th, 2014, and

18      you sought a discharge of your obligations prior to the

19      completion of your mortgage payments on two properties in

20      Miami, and you represented in that motion that all other

21      creditors dealt with in your confirmed Chapter 11 plan had

22      been paid in full.

23                    That motion for early discharge was granted

24      by order entered January 15th, 2015, and the Court issued

25      it's final decree and discharge, and your case was closed
```

Page 42

```
1   on February 10th, 2015.  That's why I didn't reopen your

2   case, because there is nothing left to do in your

3   bankruptcy case.

4              So, I have been ---

5              MR. CARVALHO:  Indeed there is, and ---

6              THE COURT:  Oh, there is.  What is that?

7              MR. CARVALHO:  It is on public records of

8   Miami-Dade, 11th District, Circuit of Courts, which I

9   direct denounce Herbert Stettin, and I did ask today why

10  not document which denounced also Judge Eig -- Eig, what's

11  his last name?  I forget.  Spencer, and among all the

12  judges in U.S., in Miami-Dade Courts, which all of them in

13  cahoots, and it's something that we cannot deny, 2008

14  collapse, and all the cries of bankruptcies -- not

15  bankruptcies, but foreclosures that nobody wins but the

16  attorneys, and the judges, and the trustees, like

17  Scott Rothstein case.

18             THE COURT:  Herbert Stettin did not appear

19  in your bankruptcy case.

20             MR. CARVALHO:  He does appear.

21             THE COURT:  No, he doesn't.

22             MR. CARVALHO:  He's direct mentor of it, and

23  also he has one, his partner, in the same office, Bill

24  Houma (phonetic), which assist me, along with all the

25  criminals, doctors, Steinhardt, which is Raphael
```

1   Steinhardt, Judge of the 11th District, buddies of

2   Herbert Stettin, to frame it in the current situation that

3   I was put at risk, now at that time was a/k/a Marcelo

4   Meirelles Carvalho, because until I get there, they want a

5   just indigent person, without no education, naming Marcelo

6   Meirelles by accident, that came from Brazilian embassy

7   for the second time in less than 24 hours, and this is the

8   issue.

9           Now, you asked me what I have done since,

10  after, or before the final order, which is not a final, we

11  know that's an interim order, it has the same order as the

12  Kevin Hinds case, which U.S. Judge J.K. Olson is the

13  Judge, and which he's very happy because it has assist him

14  in this masquerade or face off the crimes in U.S. Courts

15  by U.S. officers.

16          I just got on the (inaudible) with my stats

17  of His Imperial Highness, at least to Brazil, and with

18  authority that I have whether people once or not --

19  whether this Court accept or not as a royalty, and an

20  important, and vital, and center of the most crisis that

21  we see to date in the world.

22          THE COURT:  Mr. Carvalho, when you filed

23  your bankruptcy case, you did not tell us that you were

24  the Emperor of Brazil.

25          MR. CARVALHO:  I didn't know, your Honor.

1    Everything I did was in good faith, to the best of my

2    knowledge, and even that, on the siege, since 1996, '97,

3    or since I got my first job as a tourist, which part of

4    the abductors, the family that abduct me, in cahoots with

5    other members already in the United States, like

6    Harold Rosen, a very famous attorney, a former judge in

7    the City of Miami Beach, as well as a mayor of the City of

8    Miami Beach, which belongs to the same family, which they

9    abduct me.

10            And after that I have the doctors, with fake

11   HIV tests, which I have tried many times, this masquerade,

12   or to find at least an answer of negative or a mistake,

13   and beyond that for 20 years, and seeking justice one way

14   or another, not knowing who the fact is a/k/a Marcelo

15   Meirelles Carvalho.  What notice -- who is a/k/a Marcelo,

16   and I notice that I'm much more important to everybody,

17   including the U.S.A., included for White House, included

18   for Donald Trump recently, or Vladimir Putin, also the

19   same family, all of them Jewish, all of them members of

20   ZOG, Zionist Occupied Government, which we have in Brazil

21   and in United States.

22            THE COURT:  You sent an email on May 14th

23   which indicated that Judge Ray, and I, and others were

24   condemned to death, and that executions would start early

25   today.

Page 45

```
 1                    Do you plan to harm anyone who is in this
 2    courthouse?
 3                    MR. CARVALHO:  No.
 4                    THE COURT:  Do you intend to carry out the
 5    executions that you threatened?
 6                    MR. CARVALHO:  No.
 7                    THE COURT:  Do you plan to execute me?
 8                    MR. CARVALHO:  No.
 9                    THE COURT:  Then why did you tell people
10    that you were intending to?
11                    MR. CARVALHO:  Because U.S. Code prescribe
12    crimes such as treason, subversion, and dison, citons
13    (phonetic), I don't know exactly what the terms is, which
14    involves, among them, which it has to be executive order,
15    Commander In Chief of Elimination of Enemy, and also
16    prescribed by the Constitution of the United States is the
17    many important -- the only item in the Constitution of
18    United States 1776, at that time, which is inalienable
19    rights, and if somebody oppose to that, shall be removed,
20    eliminated if it's needed, and that upon that comes a
21    Second Amendment, which is another defense of any citizen
22    of a nation.
23                    THE COURT:  The United States Marshals
24    Service confiscated a firearm from you previously.
25                    MR. CARVALHO:  Uh-huh.
```

1          THE COURT:  Are you in possession of any

2   other weapons?

3          MR. CARVALHO:  No, I am not.

4          THE COURT:  Do you have -- own any other

5   weapons?

6          MR. CARVALHO:  Three.  No, just all those

7   reported and bought in the same store, by the way.

8          THE COURT:  And what store was that?

9          MR. CARVALHO:  Nothing, I'm asking, I'm the

10  plaintiff in that case, defendant/plaintiff, so I just

11  make accusations, and I'm still waiting for U.S.

12  protections, and I hope that now I'm fully protected, and

13  I hope that by this time now United Nations, which you can

14  verify, if it has not verified already, if, in fact, this

15  person is royalty at least, in fact this person is

16  important for the world at least, and why he's been so

17  persistent in one thing.  There is fraud everywhere, and

18  somebody comes from Brazil, let's assume that it's just a

19  son of a general doctor, or of the intelligence service,

20  direct with the presidency of Brazil, Congress, Supreme

21  Courts of Brazil, with a huge influence in on-goings in

22  Brazil, involve more than seven presidents of Brazil in

23  the family, which they have also -- they are ZOG, Zionist

24  Occupied Government, all of them Jew, not me knowing, and

25  I am, according with Brazilian laws, Catholic, and also on

```
 1    top of this we have Vatican, which are not ZOG member,

 2    Pope.

 3                    THE COURT:  The Pope?

 4                    MR. CARVALHO:  Which is also from the family

 5    Meirelles Carvalho.

 6                    THE COURT:  The Pope is from your family?

 7                    MR. CARVALHO:  Not my family.  The family

 8    that gave the name to me, or name it as family member of.

 9                    And now I ask you, is that possible?  Why

10    this person, this subject, why this man, which is an

11    engineer, coming here legally, found a great job, the most

12    important job at that time in the United States, two high

13    rise buildings in Miami Beach, a lot of million dollars,

14    more than half a billion dollars in business, is the vice

15    -- assistant of the vice president, and related to the

16    owner of development, which Donald Trump also a member of

17    it, of this family, because I cannot say how dissimilar

18    they are, they have so many names that it's unbelievable,

19    and that's the point.

20                    If everybody knows that Donald Trump, in

21    fact, is a Jew, or Jewish, I doubt that he would be today

22    president.

23                    If you say the Supreme Courts of the United

24    States have more than four U.S. Judge that are Jewish,

25    it's absurd, because United States is not Jewish.  I think
```

Page 48

```
 1   that is a part of religion, is a part of a religion
 2   movement.
 3               But however, I think everybody cares one
 4   thing, it's the faith, and blindly, and generically
 5   believe in governments, and that's why the most important
 6   act, which is the vote, scrutinize the accusatory process
 7   of the due process of those that represent We the People.
 8   We don't do -- do not exercise the most important right,
 9   including to dethrone them, because it creates a kind of
10   situation which it did become an empire, and it is exactly
11   what it is, Brazil, Russia, and United States, and Vatican
12   are together.
13               THE COURT:  And the Vat -- --
14               MR. CARVALHO:  And all them are Jew.
15               THE COURT:  Is the Vatican a Zionist
16   Occupied Government?
17               MR. CARVALHO:  Yes, it is, it's a state.
18               THE COURT:  Are you currently under
19   treatment from any physician?
20               MR. CARVALHO:  No, I don't need it.
21               THE COURT:  And are you currently taking any
22   medications?
23               MR. CARVALHO:  No, I'm not.
24               THE COURT:  I have found you to be in
25   contempt of Court because you disobeyed my order to stop
```

Page 49

```
 1     sending emails to the court staff.
 2                 MR. CARVALHO:  Not knowingly.
 3                 THE COURT:  You know today about that order.
 4     You know that ---
 5                 MR. CARVALHO:  I haven't read the order yet.
 6                 THE COURT:  I have read parts of it into the
 7     record here today.
 8                 MR. CARVALHO:  I haven't read it yet --
 9                 THE COURT:  And ---
10                 MR. CARVALHO:  -- so I'm not aware that I
11     have an order to --
12                 THE COURT:  You ---
13                 MR. CARVALHO:  -- be here in person.
14                 And prior to this ---
15                 THE COURT:  Yeah, we'll bring you a copy.
16                 MR. CARVALHO:  Okay.
17                 THE COURT:  And you may read it by yourself,
18     and I'll leave the bench for a moment while you do that,
19     and then I'll come back, but I'm going to instruct you to
20     read it.
21                 MR. CARVALHO:  All right.
22                 Another question ---
23                 THE COURT:  It's 10 pages long, so it
24     shouldn't take you terribly long, at the type is large.
25                 MR. CARVALHO:  Your Honor --
```

Page 50

```
 1                    THE COURT:  Yes, sir.
 2                    MR. CARVALHO:  -- I have one more
 3    submission.
 4                    Have you read the order issued by Judge --
 5    U.S. Judge Raymond Ray?
 6                    THE COURT:  Which one?
 7                    MR. CARVALHO:  October 4th, 2013.
 8                    THE COURT:  I don't know if I have or not.
 9                    MR. CARVALHO:  That is the key --
10                    THE COURT:  What does it say?
11                    MR. CARVALHO:  -- element.
12                    THE COURT:  What does it say?
13                    MR. CARVALHO:  That I should appear before
14    U.S. Courts to tell why I became -- I plead for privilege,
15    not the rights, in the Bankruptcy Courts.
16                    THE COURT:  So you want me to read an order
17    from Judge Ray in your case from October 2013?
18                    CARVALHO:  Yes.
19                    THE COURT:  I will go -- I will go get a
20    copy --
21                    MR. CARVALHO:  And following that --
22                    THE COURT:  -- and read it.
23                    MR. CARVALHO:  -- see what happened on
24    October 3rd, 2013, and October 1st, 2013.
25                    THE COURT:  I will go ---
```

```
 1              MR. CARVALHO:  Those catalyze what I say,
 2   indeed I was coerced and forced since fearing for my life.
 3              THE COURT:  I will read them, Mr. Carvalho.
 4              MR. CARVALHO:  Thank you.
 5              THE COURT:  Everybody keep your seats.
 6              And, Michael, please give Mr. Carvalho the
 7   order.
 8              (Thereupon, a recess was had, after which
 9         the following proceedings were had.)
10              THE COURT:  Thank you.  Please be seated.
11              Mr. Carvalho, during our -- the last few
12   minutes when we took a break, my law clerk had given you a
13   copy of the order which I entered on May 14th, 2019, and
14   which Mr. Witkowski delivered to you that afternoon.
15              Have you now read it?
16              MR. CARVALHO:  Yes, I did.
17              THE COURT:  And do you understand that you
18   are prohibited from entering the courthouses that are
19   listed there, the Atkins Courthouse in Miami, this
20   courthouse, and the Bankruptcy Court in West Palm Beach?
21   Do you understand you're prohibited from entering those
22   buildings?
23              MR. CARVALHO:  Yes, now I understand.  Any
24   federal facility or just ---
25              THE COURT:  The only buildings I have listed
```

Page 52

1    are those three.

2              MR. CARVALHO:  In another district of

3    courts, can I?

4              THE COURT:  I have not ordered you not to.

5              MR. CARVALHO:  Not them.

6              THE COURT:  I have not ordered you in

7    respect of any building except the buildings occupied by

8    the United States --

9              MR. CARVALHO:  Your Honor --

10             THE COURT:  -- Bankruptcy Court.

11             MR. CARVALHO:  -- I am precluded to file any

12   accusation in U.S. Courts --

13             THE COURT:  I --

14             MR. CARVALHO:  -- in relation to the ---

15             THE COURT:  Would you listen to my

16   questions?  And I'm trying to be very specific with you,

17   Mr. Carvalho.

18             MR. CARVALHO:  All right.

19             THE COURT:  Do you understand that I have

20   entered an order prohibiting you from entering those three

21   specific buildings?

22             MR. CARVALHO:  All right.  I do understand

23   now with your explanation.

24             THE COURT:  And will you obey that order?

25             MR. CARVALHO:  Yes, I will.

Page 53

1          THE COURT:  I have also directed the United

2    States Marshals from preventing you from entering those

3    three buildings.  Do you understand that?

4          MR. CARVALHO:  Yes, I do.

5          THE COURT:  And will you obey any

6    instruction from the United States Marshals --

7          MR. CARVALHO:  Yes.

8          THE COURT:  -- not to enter those buildings?

9          MR. CARVALHO:  As always I have done,

10   your Honor.

11         THE COURT:  As what?

12         MR. CARVALHO:  As always I have done, I

13   follow the law.

14         THE COURT:  Do you understand that I have

15   directed the Clerk of the Court to reject any filings

16   which you file in the United States Bankruptcy Court,

17   whether in person, or by mail, or by email?

18         MR. CARVALHO:  I do understand based on your

19   brief explanation, but also you have to understand that

20   has been challenged, and that all the documents has been

21   filed in U.S. Courts prior to Bankruptcy Court.

22         THE COURT:  I am only directing you in

23   respect of this Court.

24         MR. CARVALHO:  All right.

25         THE COURT:  And will you follow that order?

Page 54

```
 1                    MR. CARVALHO:  Yes, I said before I follow

 2    the law, U.S. laws.

 3                    THE COURT:  I have directed you to stop

 4    sending emails to the -- to any officer or employee of the

 5    United States Bankruptcy Court for the Southern District

 6    of Florida, and by that I mean whether you send them

 7    directly, or you send them through some noticing service,

 8    that is, as you have done, by including Court personnel,

 9    Mr. Falzone and others, in the list of those receiving

10    notice -- documents which you have filed in state courts.

11                    MR. CARVALHO:  Your judicial order include

12    other cases that originated from the fraud?

13                    THE COURT:  My order is that you stop

14    emailing the staff of the United States Bankruptcy Court

15    for the Southern District of Florida.

16                    MR. CARVALHO:  And the civil division, as

17    well as criminal, as well as international division --

18                    THE COURT:  Mr. ---

19                    MR. CARVALHO:  -- of this Court?

20                    THE COURT:  Mr. Carvalho, the United States

21    Bankruptcy Court does not have a civil division, it does

22    not have a criminal division, and it does not have an

23    international division.  It is a singular court, and I

24    have ordered you to stop emailing anybody employed by or

25    associated with the United States Bankruptcy Court, and
```

```
 1    within that definition, within that order, I mean emailing

 2    them directly, or indirectly, by including them in

 3    noticing services or other indirect transmission methods.

 4                 MR. CARVALHO:  I do understand.

 5                 THE COURT:  Do you understand that?

 6                 MR. CARVALHO:  Yes, I do.

 7                 THE COURT:  Will you stop emailing them?

 8                 MR. CARVALHO:  Yes.

 9                 THE COURT:  Do you understand that if you do

10    not stop emailing them, I will enter a further order

11    finding you in contempt, and directing the Marshals to

12    bring you here?

13                 MR. CARVALHO:  Yes, I do understand.

14                 THE COURT:  And with that understanding

15    you're going to stop, is that right?

16                 MR. CARVALHO:  Actually I never intend to

17    send to any officer of United States, because I don't know

18    them.

19                 What do I know?  That they represent this

20    Court, U.S. Courts, which I have denounced fraud on it

21    with specific names that comes from Miami-Dade 11th

22    District Courts, which happens to be Herbert Stettin,

23    U.S. Trustee, and it's most important case in the State of

24    Florida called Scott Rothstein case, yet not solved.

25                 THE COURT:  Mr. Carvalho, to be clear, those
```

Page 56

1   whom you have listed in these emails, including

2   specifically the one which you sent at 8:49 a.m. on

3   May 14th, 2019, was addressed to Mr. Falzone, was

4   addressed to --

5           MR. CARVALHO:  Officer ---

6           THE COURT:  -- Judge Isicoff's chambers, to

7   Emily Maza, Emily Stone, Noemi Sanabria, Jennifer Rolph,

8   Cheryl Kaplan, Susan Gutierrez, Dawn Leonard,

9   Marcy Gateil, Corinne Aftimos, Jackie Antillon,

10  Tara Trevorrow, Jordan Carter, Maria Romaguerra, Joseph

11  Costanzo, Michael Bolling, Christina Romero, Betty Robina,

12  Adam Gilbert, Edy Gomez, and there may well be others on

13  this list, but do you understand that you are, and have

14  been for the past almost week, under an order not to

15  directly or indirectly email any of those people, do you

16  understand that?

17          MR. CARVALHO:  Yes, I do.

18          THE COURT:  All right.

19          MR. CARVALHO:  Your Honor, when you say

20  email them, correspond to them, or correspond to

21  U.S. Courts via, for example, United States Postal

22  Service, which I have done initially as is.

23          THE COURT:  You may not serve anything to

24  the United States Bankruptcy Court for the Southern

25  District of Florida unless you ask my permission in

```
 1    advance, and I give it to you.
 2                 And right now I don't have much inclination,
 3    because in your individual bankruptcy case, which is the
 4    only case of yours with which I have any connection, that
 5    case is over and done.  Everything that you could have
 6    asked for in that case was granted, and there is nothing
 7    left to do.
 8                 MR. CARVALHO:  Objection, your Honor.
 9                 THE COURT:  That case is over and done for
10    more than four years.
11                 MR. CARVALHO:  Objection, your Honor.  I
12    didn't ask any monetary, any favor from U.S. Courts, any
13    favor from U.S. laws.  What I asked for justice, as state
14    in U.S., in U.S. laws.  I don't need any kind of advice,
15    or any kind of goodwill of any judge in any court on this
16    planet.
17                 THE COURT:  All right.  Are you going to do
18    what I have ordered you to do?
19                 MR. CARVALHO:  It is a U.S. judicial order,
20    yes, I take it.
21                 THE COURT:  And are you going to not do what
22    I have ordered you not to do?
23                 MR. CARVALHO:  To Bankruptcy Courts, yes, as
24    you stated, and I would like to have the transcripts, if I
25    am I allowed, because it's a very complex order, because
```

Page 58

```
 1   your order, it contradict with the accusations that I have
 2   done, and it primary contradicts with the case that
 3   incepts in 2013, which it was exactly what end up to date
 4   five years later --
 5                   THE COURT:  Mr. ---
 6                   MR. CARVALHO:  -- and in this Court, as a
 7   matter of fact.
 8                   THE COURT:  Mr. Carvalho, you are under
 9   oath.  Do you remember that?
10                   MR. CARVALHO:  Yes.
11                   THE COURT:  I swear you in --
12                   MR. CARVALHO:  No.
13                   THE COURT:  -- and you swore to tell the
14   truth?
15                   MR. CARVALHO:  No, I'm not sworn in.
16                   THE COURT:  How did we do that?
17                   All right.  Would you please swear in
18   Mr. Carvalho?
19                   MR. CARVALHO:  Yes.
20                   ECRO:  Raise your right hand.
21                   Do you swear or affirm that the testimony
22   you will give in this case will be truth, the whole truth,
23   and nothing but the truth under penalty of perjury?
24                   MR. CARVALHO:  Yes, I do.
25                              EXAMINATION
```

```
 1                   THE COURT:  Mr. Carvalho, you are now under
 2   oath.
 3                   I asked you if you would obey each of the
 4   provisions of the order which I entered on May 14th.
 5                   MR. CARVALHO:  Yes, I do.
 6                   THE COURT:  And will you do that -- will you
 7   cease doing that which I have ordered you not to do?
 8                   MR. CARVALHO:  Yes, I will.
 9                   THE COURT:  All right.  Do you understand
10   that you are prohibited from entering the Clyde Atkins
11   Courthouse in Miami, located at 301 North Miami Avenue?
12                   MR. CARVALHO:  Yes, I do.
13                   THE COURT:  And do you understand you're
14   prohibited from entering this courthouse?
15                   MR. CARVALHO:  Yes, I do.
16                   THE COURT:  And do you understand that you
17   are prohibited from entering the building in which the
18   United States Bankruptcy Court is located in West Palm
19   Beach?
20                   MR. CARVALHO:  Now I am.
21                   THE COURT:  And do you understand that you
22   are prohibited from doing so without the express prior
23   written consent from the Chief Judge of the United States
24   District Court for the Southern District of Florida?
25                   MR. CARVALHO:  Now I am.
```

Page 60

1              THE COURT:  And you will abide by those

2    instructions?

3              MR. CARVALHO:  Yes, I will.

4              THE COURT:  And do you understand that you

5    may not file anything in this bankruptcy case, or in any

6    other bankruptcy case, whether it's in person, by mail, or

7    by any other means including email?

8              MR. CARVALHO:  I do not understand your

9    question.  It's a gag order?

10             THE COURT:  I am instruct -- I have ordered

11   you, and the language which we went over previously said

12   that you are to stop filing documents in this case.

13             MR. CARVALHO:  I have agreed upon -- not

14   agree.  I have said that I will do what U.S. Courts order

15   me to do, stop emailing to Bankruptcy Courts --

16             THE COURT:  And stop ---

17             MR. CARVALHO:  -- which is cited three cases

18   here, three cities, which have a Bankruptcy Court.

19             THE COURT:  And you will stop filing

20   documents in this case?

21             MR. CARVALHO:  Yes, to all the names that

22   you named, and name ---

23             THE COURT:  No, you will stop filing

24   documents --

25             MR. CARVALHO:  Nevertheless ---

1          THE COURT:  -- with the Court.

2          MR. CARVALHO:  Nevertheless I would like to

3   compliment, supplement, because your concern about U.S.

4   Courts, this case has been denounced to the Department of

5   Homeland Security, as well as to the White House, equally

6   as well to the Brazilian government as well, for example

7   the ministry of Justice, Sergio Moro, and the Supreme

8   Justice -- Justice of Supreme Court of Brazil, which has

9   been denounced truthfully today, but before was Carmen

10  Lucia, all of them are aware, the Senate in Brazil is

11  aware of the whereabouts and the things that I do here, as

12  well Portugal and Austria.

13          I don't know how you can preclude me to

14  communicate with the Brazilian government, communicate

15  with United Nations, communicate with the Department of

16  Homeland Security, and if you do not want me to no longer

17  extend the bankruptcy case, month 3 -- 33, I don't know

18  how I'm going or solve or close it, because there was

19  fraud, and the results of that bankruptcy is due to fraud,

20  which I decline, I contravent (sic) the order, as I will

21  not pay the banks, waiting for somebody to counter-sue me,

22  open the case, and I will enter with an adversary case,

23  never happened, and I move on with the adversary cases,

24  making just one question, publish the truth, which is not

25  in my possession, and in possession of U.S. Courts,

```
 1   Miami-Dade, Fort Lauderdale and Broward, I forgot the name
 2   now, Hollen Day (phonetic), I guess, if I'm not wrong,
 3   17th District of Courts.  Everything is public.  It's not
 4   that I've created, and it was a report of things that has
 5   not been clear, but it was -- it is under investigation by
 6   White House, and investigation by the U.S. Homeland
 7   Security.
 8              If you tell my that I should not disclose a
 9   highly confidential issue, like the presidential election,
10   or fraud on presidential election, I will follow your
11   order, within your jurisdiction, which is Bankruptcy
12   Court, and in South Florida, but you precluded me to do
13   this in Portugal, as His Imperial Highness, or in Brazil,
14   as His Imperial Highness, I don't know how we're going to
15   deal with this, create another conflict, contravention of
16   international laws, international treaties.  It's a very
17   complex issue.
18              What I suggest is what I'm doing, pausing,
19   by as much as a pause, more threats are received, and I
20   fear for my life, and the only way that I -- my defense,
21   make it all public, and I did.  As a matter of fact I have
22   nothing to add unless they keep contravening, or keep the
23   crime, fraud (inaudible) Cecilia M. Altonaga (inaudible),
24   which said that case is meritless, which I told her,
25   revoke them, my citizenship is based on fraud, or if it's
```

 1   not fraud, just revoke it in December, and they don't do

 2   it.

 3            I just -- either I'm not His Imperial

 4   Highness, don't bother me, leave me alone.  They don't

 5   leave me alone.  So, what shall I do?  I'm doing what I

 6   did, make everything public, and with irrefutable

 7   evidence.

 8            So, you asked me -- not asked me, you

 9   ordered me, U.S. Courts order me now to remain silence,

10   and I will, I have nothing else to do, but stop

11   threatening me, stop threatening my safety, stop

12   threatening my authority.  If I'm not welcome in South

13   Florida, just let me know and I'll leave.  I don't need

14   any belongs (sic).  I have sufficient wealth, monies to

15   live very well in any place on this planet.

16            THE COURT:  I have ordered you to stop

17   filing things in this case, and you have just told me that

18   you decline to do so, and accordingly I find that you have

19   not agreed to purge your contempt, and I will remand you

20   to the custody of the United States Marshals until you're

21   prepared to do so.

22            I have no interest in having you held by the

23   United States Marshals.  I have an interest in protecting

24   the integrity of this Court, and your refusal to agree

25   that you will stop filing things in this case, which was

Page 64

1   closed more than four years ago, convinces me that you are

2   not willing to abide by --

3                   MR. CARVALHO:  No.

4                   THE COURT:  -- the laws of this -- the rules

5   of this Court.

6                   MR. CARVALHO:  Objection.

7                   THE COURT:  And accordingly I remand you to

8   the custody of the United States Marshals until you are

9   prepared to agree ---

10                  MR. CARVALHO:  Objection.  I just put a

11  proposition, I said I would obey your order, and I would

12  stop send emails or correspondence to U.S. officers, that

13  you name them.

14                  However, I told you also there are other

15  U.S. officers that have received accusations, and I have

16  been receiving threats since October 2013, directing --

17  which are effecting my personal integrity, and if you

18  order, or this Court order me to stop sending emails or

19  correspondence to Bankruptcy Courts, that's why I ask for

20  the transcripts, to Bankruptcy Courts, I will do, I will

21  follow the law.

22                  THE COURT:  I also ordered you to stop

23  filing documents in this case, and you have told me you

24  will not do so.

25                  MR. CARVALHO:  I didn't say that.  I just

Page 65

```
 1    said -- yes, let's rephrase.  I didn't say that, and I
 2    will stop filing any document in this case.
 3                 THE COURT:  All right.  On that basis,
 4    Mr. Carvalho, I will consider my options.  I am very
 5    concerned that you have made threats to Judge Ray, and to
 6    me, and to others, that we are to be executed pursuant to
 7    your order.  That is -- you've also made similar
 8    threats --
 9                 MR. CARVALHO:  Your Honor ---
10                 THE COURT:  -- on the President of the
11    United States, and on other high government officials.
12                 MR. CARVALHO:  Your Honor, all the
13    documentation was done and developed along many years, and
14    all evidence is there in the public records, whether there
15    is -- whether all the names that is cited is part of it, I
16    don't know, depend on investigation of international
17    authorities.
18                 Now, you want -- if you feel threatened for
19    your life, can you imagine myself, which I trust person
20    that I seek assistance, it was Judge Raymond Ray, and the
21    first one to deny me assistance, protection granted by
22    U.S. laws, not only as a citizen of another nation, but as
23    U.S. citizen.
24                 So, I was ---
25                 THE COURT:  So you feel that you -- you feel
```

1  that you are under threat from Judge Ray?

2                 MR. CARVALHO:  No longer.

3                 THE COURT:  Do you feel you were under

4  threat ---

5                 MR. CARVALHO:  Everything has been spoke ---

6                 THE COURT:  Do you feel that you are under

7  threat from me?

8                 MR. CARVALHO:  No longer.  Everything has

9  been spoke in public.

10                 THE COURT:  Do you feel your under threat

11  from Donald Trump?

12                 MR. CARVALHO:  Not really.  I figure that at

13  this point everything is public, it's worldwide knowledge

14  even that I'm here.

15                 THE COURT:  Then why, why did you condemn

16  all of those people, including myself, to death by order

17  of His Imperial Highness Dom Marcellus?

18                 MR. CARVALHO:  Because U.S. Court prescribe

19  that, treason, among other crimes ---

20                 THE COURT:  Have I engaged in treason?

21                 MR. CARVALHO:  I don't know.

22                 THE COURT:  Well, then why are you accusing

23  me of it?

24                 MR. CARVALHO:  I'm not accusing.  I said

25  there is fraud in U.S. Courts, and as a matter of fact you

1    appear on this case because I deny -- I refuse Raymond

2    Ray, and U.S. Trustee -- Judge, U.S. Judge Raymond Ray,

3    and U.S. officers because of my previous experience with

4    other U.S. Judges.

5              And the only reason I was glad that it has

6    been forwarded to you, but before you took, I had already

7    filed documents, which had denounced your Honor because

8    your Honor is in the case of Kevin Hinds, FBI officer,

9    which we have been working together in all these cases,

10   which is the fraud, a fraud in financial and bankruptcy --

11   not bankruptcy, specifically, because bankruptcy is the

12   last ultimate of defense that we had, the foreclosure, and

13   the financial collapse, which Kevin Hinds do not

14   understand the law, but I do, world financial collapse.

15             And since I've been just denounced, and

16   quitely, with my own resource and pay in time banks,

17   everybody that I owe money, I pay in time, and I don't

18   take money unless I do have to pay, I don't borrow money.

19   This was my conduct since I came to the United States.

20             Now Bankruptcy Courts deal with the

21   financial aspect of it.  It's a privilege.  It's not a

22   law, and once the judiciary address our case coming our

23   way, that a situation, worldwide situation and then

24   corruption in the governments, I cannot understand how can

25   I be in contempt of this Court?  I cannot understand why I

Page 68

1    don't have the right of defense.

2                THE COURT:  You are in contempt,

3    Mr. Carvalho, because you did things that I ordered you

4    not to do.

5                MR. CARVALHO:  Not knowingly to do it, did

6    it.

7                THE COURT:  When, Mr. Carvalho, a copy of

8    the order was mailed to you by the bankruptcy noticing

9    service --

10               MR. CARVALHO:  No, it wasn't mailed, it was

11   hand-delivered.

12               THE COURT:  -- and another copy was

13   hand-delivered to you, and you chose not to open the

14   envelope, I believe, sir, that you would find that the law

15   is not supportive of your denial of knowledge.

16               MR. CARVALHO:  Your Honor, conscious -- as I

17   said, everything of mine is public.

18               By the day that they told me that there is a

19   document from the Courts for me to receive, I got it, I

20   went to the computer, to PACER, and there were no records

21   of such a document.  That last document was 2018, not two

22   thousand -- 218, not 219.

23               THE COURT:  Mr. Carvalho, I can only tell

24   you that that which was served upon you by hand-delivery

25   was printed out and delivered after it was already on the

1    docket.

2              Mr. Witkowski, can you and I converse for a

3    moment?

4              We've heard a good deal from Mr. Carvalho

5    this afternoon.  I am concerned about Mr. Carvalho's

6    mental health.

7              If Mr. Carvalho were in the custody of the

8    United States Marshal, could he obtain, or could the

9    Marshals obtain a mental health evaluation of him?

10             MR. WITKOWSKI:  Hold on one second.  I'm

11   going to let the supervisor for the Fort Lauderdale office

12   come up and speak to that.

13             THE COURT:  Thank you.

14             MS. LIVINGSTON:  Hi, your Honor.

15             THE COURT:  Good afternoon.

16             MS. LIVINGSTON:  Yes, if we ---

17             THE COURT:  Would you identify yourself for

18   the record so that --

19             MS. LIVINGSTON:  Oh, yes.

20             THE COURT:  -- if Mr. Carvalho wants to

21   order a copy of the transcript, then he'll know everything

22   that's happened.

23             MS. LIVINGSTON:  Sabrina Livingston, and I'm

24   the supervisor at the Marshals' Office upstairs.

25             THE COURT:  Thank you, Ms. Livingston.

Page 70

```
1            MS. LIVINGSTON:  Or next door.

2            THE COURT:  Next door, actually.

3            MS. LIVINGSTON:  Yes, next door.

4            I know generally with regular District

5  Courts we can, if we have an order saying that we are

6  ordering him for psych evaluation, I'm not -- I can't

7  imagine there is any other reason we can't do it for

8  him as well, but what I'll do is once I get upstairs, I

9  will double-check and I'll give you a call, so I can find

10  out for sure, and we can find some language for you as

11  well.

12            THE COURT:  Mr. Carvalho, you've said a

13  number of things this afternoon that give me considerable

14  pause.

15            I don't doubt the sincerity of your beliefs.

16  I do doubt in some instances whether they are soundly

17  based.

18            It is of concern to me that what clearly

19  appear to be threats, you consider not to be such, and

20  that you have characterized a number of folks whom I know,

21  and many others whom I do not, as members of some vast

22  conspiracy, of which I, if I'm a part, I am unaware of

23  that, and I am concerned about the stability of your

24  analytical process, and whether you are inhabiting an

25  intellectual world which is consistent with that that
```

Page 71

1      others would recognize.

2                  Would you object if I were to ask the

3      Marshals to do an evaluation of your psychological

4      abilities?

5                  MR. CARVALHO:  Yes.

6                  THE COURT:  You would?

7                  MR. CARVALHO:  As I said, if you issue an

8      order, which is here, and I have the transcript of this

9      hearing, I will follow the order, which I will remain

10     silence.  Actually if you request me to leave the United

11     States, I will.

12                 THE COURT:  I have no authority to ask you

13     to leave the United States.  I only have the authority to

14     ask you to stop doing things in connection with this case

15     and in this Court.

16                 MR. CARVALHO:  Yes, I will stop.

17                 THE COURT:  Ms. Livingston.

18                 MS. LIVINGSTON:  Yes, we can -- I'm sorry,

19     I'll approach, your Honor.

20                 THE COURT:  Thank you, because otherwise it

21     won't be on the record.

22                 MS. LIVINGSTON:  Okay.

23                 THE COURT:  Thank you.

24                 MS. LIVINGSTON:  But, yes, your Honor, just

25     like we do with the other District Court, District Courts,

Page 72

```
1    if you order him to have an evaluation, we'll send him out
2    and he can get that done.
3                    THE COURT:  All right, and would that be
4    while he remains in custody or outside of --
5                    MS. LIVINGSTON:  Yes --
6                    THE COURT:  -- custody?
7                    MS. LIVINGSTON:  -- while he's in custody.
8                    THE COURT:  All right, and how quickly can
9    that be done?
10                   MS. LIVINGSTON:  That usually takes,
11   probably -- depending on where we send him, if it's out of
12   state, or what have you, it's a little longer, but it
13   usually takes probably a couple of months.  I mean, but if
14   we go to FDC, if we take him to FDC, we can do a quicker
15   one --
16                   THE COURT:  Okay.
17                   MS. LIVINGSTON:  -- if you want him to go to
18   FDC.
19                   THE COURT:  And that's the Federal Detention
20   Center in Miami?
21                   MS. LIVINGSTON:  Yes, I'm sorry.
22                   THE COURT:  That's okay.  I just want the
23   record -- the record, when I'm dealing with people who
24   live outside of the bankruptcy universe that I'm normally
25   in, I try not to use jargon, and when it's used here, that
```

Page 73

```
 1   it's not my jargon, I just want to make sure the record is
 2   clear.
 3                  MS. LIVINGSTON:  Yes, you're correct.
 4                  THE COURT:  Fair enough.  Fair enough.
 5                  All right.  I'm going to take a short break,
 6   and I'll be back.  You can all keep your seats.  Thank
 7   you.
 8                  (Thereupon, a recess was had, after which
 9         the following proceedings were had.)
10                  THE COURT:  Thank you.  Please be seated.
11                  This has been an extremely difficult
12   hearing for me.  Mr. Carvalho, you've told me many
13   things, which I have found myself unable to understand,
14   and in response to many questions you have told me
15   things which I found incomprehensible, and I'm troubled by
16   that.
17                  What it really comes down to here is that
18   when you have given me assurances that you would obey
19   certain directions that I have given you, and that you
20   intend to obey certain orders, I am left with a great
21   sense of unease that the assurance you give me is
22   something that you even understand what you're
23   telling me, and I don't know that you understand really
24   what I'm directing you to do, and directing you what not
25   to do.
```

Page 74

1              And so I've concluded that in order for me

2      to be able to purge -- to determine that you have purged

3      your contempt, I need a psychological evaluation of you

4      that gives me the assurance that you understand what

5      you're telling me, and that you understand the

6      representations you make to me so that I can live in

7      comfort that, in fact, when you tell me you have no

8      violent intentions, or threats, the death orders that

9      you've indicated you've ordered, and that executions will

10     occur, and the representations you've made to me, that

11     you're not going to do things I've ordered you not to do,

12     I need the comfort that you actually understand what

13     you're telling me, that you understand what I'm telling

14     you, and that when you give me assurances, that you know

15     what you're doing in giving me those assurances, and I

16     know that I can rely on them.

17              In the current circumstances, until I have

18     that psychological evaluation, I can't reach that

19     conclusion and, therefore, I cannot today determine that

20     you have, by agreeing to certain things, purged the

21     contempt in which I have found you to be by virtue of the

22     things that you have done that I've ordered you not to do,

23     and so I'm going to remand you to the custody of the

24     United States Marshals for purposes of obtaining a

25     psychological evaluation that will give me the comfort

Page 75

1    that you have, in fact, purged your contempt, and leave

2    this Court with the sense that we can proceed forward

3    without worrying, and looking over our shoulders that you

4    pose a physical threat to the safety of the people who

5    work for this Court system, and I include myself in that

6    category.

7                    And so I deeply regret that.  I will order

8    the United States Marshals to obtain a psychological

9    evaluation as quickly as possible, and to do so in a local

10   facility in Miami, so that as soon as that psychological

11   evaluation is back, we can have another hearing, and I can

12   go over some of these same things with you, and I can get

13   assurances from you that I then will have the assurance

14   that what you're telling me is something on which I can

15   rely.

16                    MR. CARVALHO:  Your Honor --

17                    THE COURT:  Yes, sir.

18                    MR. CARVALHO:  -- may I?

19                    I understand your concerns.  It's a very

20   severe situation, complex, it is, this international

21   conflict that we have dealing.

22                    However, I haven't, how long, 25, almost

23   30 years in the United States, shown any kind of threat to

24   U.S. government, any threat to any person or any financial

25   institution.

```
 1              I have honorably been build up my life from
 2   nothing, from running off of state, or off a government, a
 3   dictatorship government, tyrant governorship, which I was
 4   involved with all the presidents of that nation, and
 5   sickened, exiled, not just political exile, but exiled of
 6   turmoil of not being properly raised in a normal family,
 7   or even given the truth that I'm not their descendant, I'm
 8   not their son, and upon all this, I just build up my life
 9   from nothing in the United States, and I don't know, maybe
10   I've been very lucky, and I have been in Europe before I
11   come to the United States, and for some reason I start
12   receiving attacks, and the first attack was against my
13   health, my life, which it was exactly about HIV, AIDS,
14   because otherwise I would have left the United States, if
15   I knew the level of corruption in the State of Florida,
16   especially the City of Miami Beach, and never come back,
17   probably say, well, better be in Brazil, at least I know
18   people there, and here I don't know.
19              However, with all those years, never posing
20   threats to anybody, I survived, I became U.S. citizen, not
21   knowing that I am not Marcelo Meirelles Carvalho, knowing
22   that I am -- my parents are not my parents, my biological
23   parents, and I build my life, and I build a business which
24   everybody respect me, all the building departments, as an
25   engineer and as a contractor, everybody knows that my word
```

1    is true, and I never pose any threat to anybody, and if

2    Herbert Stettin and all the judge feel threatened, they're

3    supposed to answer to me, for example, before American

4    Arbitration Association, because that's the case started,

5    or before 11th District of the Circuit of Courts.  I just

6    ask him, your Honor, in that time, we deal with him, and

7    even though his was after it, your Honor, your agent of

8    the parties make a decision, and he didn't because there

9    was fraud and there was intent to defraud my insurance

10   company, which today counts more than $400 million, just

11   that case, there are other cases involved, too, and that

12   their names appear, and never could before U.S.

13   government, especially U.S. Courts, seek for justice, and

14   it happen, the bankruptcy, because I learned with FBI

15   agent Kevin Hinds, which you were presiding judge of his

16   case, that the only way to do this is exactly bring to the

17   Court, because you have somehow protected him, because his

18   case is still open until this day, all the case, 11, 13,

19   and -- I think 11 and 13, and another company, which I am

20   partner of that company, too, which end up in a

21   foreclosure in California, which we brought here, which

22   involved the same bank that I am, which is Bank of

23   America.

24              So, and under the constant stress I never

25   pose any threat to anybody, not agents.  I have three

```
1    guns, pistols, automatics, automatic pistols, I never have

2    done one shot with them.  I never put it in fight with

3    anybody, even verbally.  Once I was offended by U.S.

4    Judge, which is on the records, Ursula Ungaro, I answer

5    her, and she's unlawfully call me on the side and made

6    threats to me because I was about -- I have denounced

7    eloquently, let's put it this way, Herbert Stettin, but I

8    did denounce to him, to allow the District Court,

9    Eig Spencer, Judge Eig Spencer, which is involved with

10   them, which my attorney also involved with them, and which

11   the opposing party also involved with them, by the way

12   FBI/CIA agent.

13              So, it comes to a point that I do not pose a

14   threat to anybody.  However --

15              THE COURT:  Mr. Carvalho ---

16              MR. CARVALHO:  -- (inaudible) is a threat to

17   me.

18              THE COURT:  Mr. Carvalho, Mr. Carvalho, I

19   hope and pray that the representation that you have made

20   to me, that you pose no threat to anyone is absolutely

21   correct, but because I have had difficulty understanding

22   many of the things that you have said, and your thinking,

23   I need the assurance of a medical professional that, in

24   fact, you pose no threat and that, in fact, when you give

25   me assurances of what you will or will not do, that I can
```

1   rely on those things because you understand them, and

2   because you're representations are meaningful, but I

3   need that assurance, and I can't get it -- I have not

4   gotten it in the course of the last two hours and ten

5   minutes.

6           MR. CARVALHO:  And you ask ---

7           THE COURT:  And so I am -- I have to tell

8   you, sir, that I am agonizing though this exercise that

9   we've gone through today.

10          I take no pleasure in remanding you to the

11  custody of the Marshals, but I need the assurance that a

12  psychological evaluation will, I hope, give me, and

13  perhaps even will give you, that everything is as you

14  represent it to be in connection with things you have said

15  in papers that give me, and have given employees of the

16  Court grave concerns.

17          MR. CARVALHO:  But your Honor ---

18          THE COURT:  And so I don't think there is

19  any more that I can say today, or really much more that

20  you can say today except that I'm going to do my best to

21  make sure this process works as quickly as it can,

22  because I want to let you out of here as much as you

23  want to be let out of here, but I need the assurance

24  that I'm not putting myself and others at risk when I do

25  that.

Page 80

```
1              MR. CARVALHO:  Your Honor --
2              THE COURT:  So having said that ---
3              MR. CARVALHO:  -- with all due respect to
4    this Court, what you're doing, you are precluding me of my
5    constitutional rights to be in the United States of
6    America, even not being an American citizen.
7                   However, you're being the substitute judge
8    of U.S. Raymond Ray, and also being judge of a case which
9    I am involved, a bankruptcy case, I believe that you're
10   precluded, or this U.S. Court Bankruptcy Southern District
11   is precluded.
12              THE COURT:  I have addressed that subject in
13   the order that I entered on May 14th, Mr. Carvalho.  You
14   have, in pleadings you have filed in this Court, indicated
15   that you believe that all United States Judges are
16   precluded because of a variety of corruption, exercises
17   and so on, from sitting on your case --
18              MR. CARVALHO:  Objection, your Honor.
19   Your Honor, we're talking about --
20              THE COURT:  -- and ---
21              MR. CARVALHO:  -- U.S. Presidential general
22   election, United States fraud by Russian nation, enemy
23   number one of the United States of America, and you think
24   that we are joking?
25              THE COURT:  Mr. Carvalho, I don't consider
```

1   anything that's happened today to be a joking matter.

2                   MR. CARVALHO:  Thank you.

3                   THE COURT:  I don't consider anything you

4   have said today to be a joking matter.

5                   MR. CARVALHO:  It was exaggeration on my

6   part.

7                   THE COURT:  And please understand that I am

8   acting in the way I am because I am truly trying to be

9   just and fair, and if in the end you reach a different

10  conclusion, then I am truly sorry for that, but I have to

11  do what I think is right, and what I think is just, and

12  that is what I am doing, and so I have remanded you, and

13  I'm remanding you to the custody of the United States

14  Marshals for the purposes of doing the psychological

15  evaluation.

16                  As soon as that is in, I want to have a

17  further hearing, and at that hearing I hope and pray that

18  the results that the psychological evaluation give me, and

19  that our dialogue at that hearing will give me, lets me

20  reach a conclusion that I have nothing to worry about, and

21  that you should be let free to go about your business,

22  free of the interference of this Court, and so with

23  that ---

24                  MR. CARVALHO:  Your Honor ---

25                  THE COURT:  With that you are remanded to

Page 82

1    the custody of the United States Marshals.  The hearing is

2    adjourned.

3                    Thank you.

4

5

6

7

8                    (Thereupon, the hearing was concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                         CERTIFICATION

4

5    STATE OF FLORIDA        :

6    COUNTY OF MIAMI-DADE  :

7

8              I, Cheryl L. Jenkins, RPR, RMR, Shorthand

9    Reporter and Notary Public in and for the State of Florida

10   at Large, do hereby certify that the foregoing proceedings

11   were transcribed by me from a digital recording held on

12   the date and from the place as stated in the caption

13   hereto on Page 1 to the best of my ability.

14              WITNESS my hand this 28th day of May, 2019.

15

16

17         _____

18         CHERYL L. JENKINS, RPR, RMR

19         Court Reporter and Notary Public
           in and for the State of Florida at Large
20              Commission #GG 138863
                  December 27, 2021

21

22         (Thereupon, the hearing was concluded.)

23

24

25

Page 84

1

2                               CERTIFICATION

3    STATE OF FLORIDA        :
     COUNTY OF MIAMI-DADE    :

4

              I, Cheryl L. Jenkins, RPR, RMR, Shorthand
5    Reporter and Notary Public in and for the State of Florida
     at Large, do hereby certify that the foregoing proceedings
6    were transcribed by me from a digital recording held on
     the date and from the place as stated in the caption
7    hereto on Page 1 to the best of my ability.
              WITNESS my hand this 28th day of May, 2019.

8

9           _____
                 CHERYL L. JENKINS, RPR, RMR
10             Court Reporter and Notary Public
            in and for the State of Florida at Large
11                 Commission #GG 138863
                    December 27, 2021

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NOS. 11-60993-MC-JORDAN & 11-60994-MC-JORDAN

| | |
|---|---|
| In re MARIA BARONE and VIRGINIA BARONE | ) ) |
| Debtors | ) ) ) |

---

**ORDER REJECTING BANKRUPTCY COURT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW & CLOSING CASES**

These consolidated proceedings arise from proposed findings of fact and conclusions of law submitted by the bankruptcy court, pursuant to Bankruptcy Rule 9033, regarding a non-core proceeding under 11 U.S.C. § 157(c) against Maria Barone. The bankruptcy court, finding that Ms. Barone had committed multiple acts of criminal contempt in violation of the bankruptcy laws, recommended that Ms. Barone be held in criminal contempt and sentenced to a term of incarceration. Before issuing its recommendation, however, the bankruptcy court ordered that Ms. Barone be remanded into the custody of the U.S. Marshals Service and that she remain in custody pending a further order from this court.

Shortly after the case was docketed here, I held a hearing and, after hearing from the government and Ms. Barone's counsel, ordered that Ms. Barone – who by then had been incarcerated for about two weeks – be released from custody. I also ordered the government and Ms. Barone to respond to the bankruptcy court's proposed findings of fact and conclusions of law. For the reasons which follow, I conclude that the bankruptcy court acted without authority in remanding Ms. Barone into custody for her alleged criminal contempt prior to district court review, and therefore reject its proposed findings of fact and conclusions of law.

## I. BACKGROUND

The bankruptcy court's proposed findings of fact and conclusions of law, summarized below, provide most of the background facts.

## A. THE BANKRUPTCY PETITIONS

On August 6, 2009, a joint Chapter 13 bankruptcy petition was filed in the names of Antonio and Virginia Barone, *see In re Antonio Barone, et al. (Barone I)*, Case No. 09-262-Bkc-Ray, but was dismissed (with prejudice to filing another bankruptcy petition for 180 days) less than a month later because the petitioners failed to take any further action. On March 3, 2010, another joint Chapter 13 bankruptcy petition was filed in the names of Antonio and Virginia Barone, *see In re Antonio Barone, et al. (Barone II)*, No. 10-15363-Bkc-Ray, and again, that petition was dismissed with prejudice for 180 days because the petitioners failed to take any further action.

On July 13, 2010, in *Barone II,* a handwritten emergency motion was filed in the name of Virginia Barone, asking the bankruptcy court to shorten the prejudice period because the petitioner's residence, located at 5636 N.W. 64th Terrace, Coral Springs, Florida 33067, was going to be sold that same day, and Ms. Barone wanted to be able to file for bankruptcy immediately. The bankruptcy court granted the emergency motion on the same day, without a hearing, and less than an hour after the order was entered, a bankruptcy petition was filed in the name of Virginia Barone. *See In re Virginia Barone (Barone III)*, Case No. 10-29757-Bkc-Olson.

Later that month, on July 30, 2010, the bankruptcy court presiding over *Barone III* issued an order directing Virginia and Antonio Barone to appear for a hearing to show cause why they were not serially filing bankruptcy petitions in bad faith. The hearing was scheduled for August 30, 2010. The Barones did not appear, and consequently, on September 8, 2010, the bankruptcy court dismissed the petition in *Barone III* with prejudice for two years.

On December 16, 2010, Maria Barone filed a Chapter 13 bankruptcy petition. *See In re Maria Barone (Barone IV)*, Case No. 10-48142-Bkc-Olson. The same day the petition was filed, "Virginia Barone" filed a handwritten emergency motion in this new case to amend the name of the petitioner. The handwriting was the same as that in the prior bankruptcy petitions and motions supposedly filed by Virginia Barone. In the motion, "Virginia Barone" asked that the bankruptcy court change the name on the petition filed by Maria Barone to Virginia Barone, because that was the name on her Social Security card, and she had not had a chance to change her name. She also stated that she needed this done because her house was going to be sold through a foreclosure sale

2

that same day. But on January 7, 2011, the bankruptcy court dismissed the petition for failure to submit several required filings.

On March 23, 2011, another Chapter 13 bankruptcy petition was filed in the name of Virginia Barone. *See In re Virginia Barone (Barone V)*, Case No. 11-17522-Bkc-Olson. That same day, the bankruptcy court entered a *sua sponte* order in *Barone III*, Case No. 10-29757-Bkc-Olson and *Barone V*, Case No. 11-17522-Bkc-Olson, indicating that a bankruptcy petition could not impose an automatic stay under 11 U.S.C. § 362(a) regarding proceedings against the property that was the subject of Virginia Barone's repeated petitions. The order also set a hearing for April 6, 2011, requiring Virginia Barone to show cause why civil sanctions should not be imposed against her. Additionally, the bankruptcy court issued a *sua sponte* order in *Barone IV*, Case No. 10-41842-Bkc-Olson, requiring that Maria Barone, Antonio Barone, and Virginia Barone appear for a hearing on April 6, 2011, to show cause why sanctions should not be imposed for fraudulent, bad faith, and contemptuous conduct. All three orders specified that, if the Barones failed to appear, the U.S. Marshals Service would be directed to apprehend them and bring them before the court.

### B. THE HEARINGS BEFORE THE BANKRUPTCY COURT

On March 30, 2011, Yale Mortgage Corp., a creditor, filed a motion for sanctions against "Virginia Barone and/ or Maria Barone" in *Barone III, Barone IV, and Barone V*, three of the bankruptcy proceedings discussed above. A hearing on the motion was scheduled for April 6, 2011, the same day as the hearings on the orders to show cause. None of the Barones appeared for the hearing. As a result, on April 15, 2011, the bankruptcy court ruled that the Barones were in contempt of court, and ordered the U.S. Marshals Service to detain them. The U.S. Marshals Service took the Barones into custody on April 21, 2011, and a hearing before the bankruptcy court was set for the next day.

At the hearing on April 22, 2011, the Barones were represented by Ernesto Medina, Esq. During the hearing, Maria Barone admitted that she had filed all five of the bankruptcy petitions discussed above: *In re Antonio Barone, et al.*, Case No. 09-26281-Bkc-Ray; *In re Antonio Barone, et al.*, No. 10-15363-Bkc-Ray; *In re Virginia Barone*, Case No. 10-29757-Bkc-Olson; *In re Maria Barone*, Case No. 10-48142-Bkc-Olson; and *In re Virginia Barone*, Case No. 11-17522-Bkc-Olson. Thus, she admitting to filing four bankruptcy petitions, and the emergency motions in some of those

3

cases, under someone else's name – that of her mother, Virginia Barone. The bankruptcy court noted that this admission was supported by the fact that the handwriting in each petition was the same. Because Maria Barone also admitted that she had intercepted the court orders addressed to her parents, Virginia and Antonio Barone, the bankruptcy court vacated the show cause and contempt orders against them and ordered their release from custody.

The contempt hearing, however, did not end on April 22, 2011, as the bankruptcy court continued the hearing until May 4, 2011. Significantly, the bankruptcy court remanded Maria Barone into the custody of the U.S. Marshals Service for that ensuing two-week period because it found that she was in criminal contempt. *See* Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law at 16 (*"Because it was established at the April 22nd hearing that Maria A. Barone was responsible for the acts which led to the show cause-cause and contempt orders* without the knowledge of Antonio or Virginia Barone, *the court* ordered the immediate release of Antonio and Virginia Barone, *remanded Maria A. Barone to the custody of the USMS,* and continued all matters to May 4, 2011.") (emphasis added).

At the hearing on May 4, 2011, Yale Mortgage – one of the creditors – and Maria Barone presented the bankruptcy court with a proposed order granting Yale Mortgage's motion for sanctions, and awarding it the sum of $5,531. The bankruptcy court approved the order, and ruled that it would satisfy the civil compensatory sanctions to be imposed against Maria Barone. The remaining unresolved issues, according to the bankruptcy court, were the "civil sanctions designed to deter similar behavior and criminal sanctions designed to punish that behavior and vindicate the authority of [the bankruptcy] court."

### C. THE BANKRUPTCY COURT'S PROPOSED FINDINGS AND CONCLUSIONS

The bankruptcy court submits in its proposed findings that Maria Barone testified falsely under oath on several occasions during the hearing on April 22, 2011. The bankruptcy court quotes several portions of her testimony at length, showing that she lied during the hearing numerous times. For example, she initially denied having received the bankruptcy court's show-cause orders directing the Barones to appear for court hearings, and she initially denied intercepting the court orders mailed to her parents.

4

At the conclusion of its proposed findings, the bankruptcy court concludes beyond a reasonable doubt that Maria Barone engaged in the following conduct: repeatedly disregarding bankruptcy court orders; filing bankruptcy petitions in violation of court orders; lying to the bankruptcy court in both written filings and testimony under oath at the April 22, 2011, hearing; misleadingly filing bankruptcy petitions in the name of Virginia Barone and Antonio Barone; and filing the bankruptcy petitions with the sole intent of forestalling foreclosure proceedings. Based on those findings, the bankruptcy court states that "civil contempt sanctions [against Maria Barone] would be insufficient, and that criminal contempt sanctions should be imposed to vindicate the authority of the [bankruptcy] court." The bankruptcy court recommends that a term of incarceration be imposed for violations of 18 U.S.C. §§ 152(2), 157, and 1702.

The bankruptcy court's proposed findings of fact and conclusions of law were filed with this court on May 4, 2011. I immediately notified the United States Attorney's Office, and held a status conference on May 6, 2011, with Ms. Barone's attorney, Mr. Medina, and an Assistant United States Attorney present. Following the conference, I ordered that the U.S. Marshals Service release Ms. Barone because – based on preliminary research – it appeared that the bankruptcy court had acted without authority in ordering Ms. Barone to be incarcerated for criminal contempt without district court intervention or review [D.E. 6]. I also ordered the parties to submit memoranda as to whether the bankruptcy court had the authority to imprison Ms. Barone prior to district court review. [D.E. 7].

The government, in its memorandum, concludes that the bankruptcy court had exceeded its authority in incarcerating Mr. Barone prior to submitting its proposed facts and conclusions of law to the district court. Ms. Barone, for her part, agrees with the government, and requests dismissal.

## II. DISCUSSION

In cases of indirect contempt – i.e., contempt committed outside of a court's presence – due process requires that a defendant be advised of the charges and be allowed to respond to them, be presumed innocent, be proved guilty beyond a reasonable doubt, be permitted the assistance of counsel and the right to call witnesses, be accorded the right to refuse to testify, be given a public trial before an unbiased judge, and be afforded a jury trial for serious contempts. *See generally Young v. United States,* 481 U.S. 787, 798-99 (1987); *Romero v. Drummond Co., Inc.,* 480 F.3d

1234, 1242-43 (11ᵗʰ Cir. 2007); Fed. R. Crim. P. 42(a). Where direct contempt – i.e., contempt committed in the actual presence of the court – is at issue, summary disposition without all of the procedural protections described above is permitted "in narrowly defined circumstances." *United States v. Baldwin,* 770 F.2d 1550, 1554 (11ᵗʰ Cir. 1985). *See also* Fed. R. Crim. P. 42(b). The alleged contempt here was of two types – direct (e.g., Ms. Barone's perjury at the hearing) and indirect (e.g., Ms. Barone's filing petitions and motions under someone else's name and intercepting mail from the bankruptcy court meant for her parents). But regardless of the type of alleged contumacious behavior on the part of Ms. Barone, the bankruptcy court acted beyond its authority by incarcerating her due to her conduct before any district court action on its recommendations.

As the government correctly explains in its memorandum, the bankruptcy court's incarceration of Ms. Barone – after she had been brought to court by the U.S. Marshals Service – pending the continuation of the hearing and even following the conclusion of the hearing, constituted a criminal contempt sanction. Incarceration can sometimes be coercive and civil in nature, *see, e.g., In re Lawerence,* 279 F.3d 1294, 1300 (11ᵗʰ Cir. 2002), and bankruptcy courts possess civil contempt authority under 11 U.S.C. § 105(a), *see, e.g., Jove Engineering, Inc. v. I.R.S.,* 92 F.3d 1539, 1554 (11ᵗʰ Cir. 1996), but here there was nothing that Ms. Barone could have done to comply with a court order or purge herself of the purported contempt (which had, according to the bankruptcy court, already occurred). Indeed, the bankruptcy court remanded Ms. Barone into custody because she was in contempt. The incarceration, therefore, was "punitive in nature and [was] imposed to vindicate the authority of the [bankruptcy] court." *Local 28 of Sheet Metal Workers' Int'l Ass'n v. E.E.O.C.,* 478 U.S. 421, 443 (1986).

Federal courts are courts of limited jurisdiction, and no statute or rule expressly gives a bankruptcy court the independent authority to punish criminal contempt through incarceration. The Fifth and Ninth Circuits have held and/or stated that a bankruptcy court does not have the power or authority to impose criminal contempt sanctions such as incarceration with respect to conduct not occurring in its presence. *See In re Hipp,* 895 F.2d 1503, 1509 (5ᵗʰ Cir. 1990) (bankruptcy courts lack statutory power to punish criminal contempts not committed in or near their presence); *In re Terrebonne Fuel and Lube, Inc.,* 108 F.3d 609, 613 n.3 (5ᵗʰ Cir. 1997) ("bankruptcy courts lack the power to hold persons in criminal contempt"); *In re Dyer,* 322 F.3d 1178, 1193 (9ᵗʰ Cir. 2003)

6

("criminal contempt sanctions are not available under § 105(a)"). Other circuits, moreover, have expressed doubts about any such authority. *See Cox v. Zale Delaware, Inc.,* 239 F.3d 910, 916-17 (7th Cir. 2001) ("[I]t is unsettled whether bankruptcy judges have criminal contempt powers. Their power to determine civil contempt is explicitly conferred by Fed. R. Bankr. 9020(b), but there is no corresponding grant of power to determine criminal contempt."); *In re Lazy Acres Farm, Inc.,* 1997 WL 809968, *5 n.1 (6th Cir. 1997) ("criminal contempt sanctions are beyond the power of the bankruptcy court without regard to the court's compliance with Rule 9020(b)"); *United States v. Guariglia,* 962 F.2d 160, 163 (2nd Cir. 1992) ("We note also that there is a serious question as to whether the bankruptcy court would have had the authority to punish Guariglia for criminal contempt of its order had the government first sought a determination by the bankruptcy court.").

In *Jove Engineering,* 92 F.3d at 1554, the Eleventh Circuit stated that § 105(a) permits a bankruptcy court to enter any type of order, including a punitive one, "as long as it is necessary or appropriate to carry out the provisions of the Bankruptcy Code," but this statement was made in the context of discussing monetary sanctions, and not imprisonment. As far as I can tell, no court has held or ruled that a bankruptcy court can imprison someone on its own for criminal contempt, direct or indirect. Several courts, in fact, have concluded that a criminal contempt sanction that includes incarceration mandates *prior* district court review. *See In re Bratton,* 117 B.R. 430, 437 (W.D. Ark. 1990); *In re Moffitt,* 146 B.R. 364, 369 (Bankr. S.D. Tex. 1992). *Accord In re Armstrong,* 304 B.R. 432, 438 (10th Cir. B.A.P. 2004) (holding that bankruptcy court lacked criminal contempt authority). *Cf. In re Finney,* 1997 WL 33475580, *12 (Bankr. E.D. Va. 1997) (quoting bankruptcy court's statement that it did not have the authority to put someone in jail).

The criminal contempt proceeding here was non-core, and required the bankruptcy court to submit proposed findings of fact and conclusions of law to the district court. *See Hipp,* 895 F.2d at 1518; 28 U.S.C. § 157( c); Fed. R. Bankr. P. 9033(a). The problem is that, as in *Bratton,* the bankruptcy court issued its proposed findings of fact and conclusions of law *after* it had incarcerated Ms. Barone as a punitive sanction for criminal contempt and kept her in custody without any ending date in sight. That course of action put the proverbial cart before the horse. *See Bratton,* 117 B.R. at 438 ("to say that the order was not final when made is to attempt to ignore that the order had in fact already been carried out"). As in *Bratton*, the proposed findings of fact and conclusions of law

7

were too late and constituted a nullity, for the criminal contempt finding had been rendered effectively final due to Ms. Barone's imprisonment. *Cf. Noble v. Union River Logging R. Co.,* 147 U.S. 165, 172 (1893) (if court acts without the existence of a jurisdictional fact, "the act of the court is a mere nullity"); *United States v. Diaz-Clark,* 292 F.3d 1310, 1317 (11th Cir. 2002) (order issued outside of jurisdictional time limit was "a legal nullity"). And it has long been understood that an order or judgment entered in the absence of jurisdiction or authority can be set aside on direct review. *See, e.g., Chicot County Drainage District v. Baxter State Bank,* 308 U.S. 371, 376 (1940).

This is not a case like *In re Ragar,* 3 F.3d 1174, 1177-1178 (8th Cir. 1993), where the bankruptcy court found an attorney to be in criminal contempt and assessed a fine of $950 but made it subject to district court review, thereby eliminating any immediate effect from the sanction. *See id.* (observing that the bankruptcy court "viewed itself not as exercising the criminal contempt power directly, but as making proposed findings of fact and conclusions of law in a non-core proceeding"). Here the imprisonment began before there was any district court review pursuant to Bankruptcy Rule 9033.

Given the fact that she was incarcerated by the bankruptcy court beyond its authority, I reject the proposed findings of fact and conclusions of law, and decline to issue an order to Ms. Barone to appear and show cause why she should not be held in criminal contempt. In this respect, I decline to follow the procedure used in *Bratton,* 117 B.R. at 438. The United States Attorney's Office, of course, is free to determine on its own whether criminal contempt proceedings against Ms. Barone should be initiated based on the conduct described by the bankruptcy court.

### III. CONCLUSION

The bankruptcy court issued its proposed findings of fact and conclusions of law concerning Ms. Barone's purported criminal contempt after it had incarcerated Ms. Barone for that contempt. Given that the bankruptcy court did not have the authority to imprison Ms. Barone for criminal contempt prior to district court review, the proposed findings of fact and conclusions of law were a nullity, and are therefore rejected.

The clerk is directed to file a copy of this order in both cases, and close both cases.

DONE and ORDERED this 13th day of October, 2011, at Chambers in Miami, Florida.

Adalberto Jordan
U.S. District Judge

cc:    United States Bankruptcy Judge John K. Olson & Counsel of record

Maria Barone
5501 N.W. 58th Terrace
Coral Springs, FL 33067

# EXHIBIT 4

## **Electronic Communication Received from H.I.H.**

**Monday, June 10, 2019 @ 10:48 AM**
Email from H.I.H. Dom Marcellus @ mail@qctech.net
- Approx. 100 recipients
- Subject: Return of Properties: Arrest Number....
- <u>TO US Courts and Criminals officer of the court Joe Falzone et al.:</u>
- Included: Electronic Notice of Service of Court Documents for documents filed on 5/22/19 in State Court
- <u>Attachments (2)</u>
- (1) Motion for Protective Order.pdf – "Injunction, Motion to Stay, Obstruction..."
- (2) Notice Of Filing – Pages 1 to 15.pdf – "Plaintiff Reinstates Misconduct on the Court By Officers of the Court"

**Monday, June 10, 2019 @ 11:18 AM**
Email from H.I.H. Dom Marcellus @ mail@qctech.net
- Approx. 100 recipients
- Subject:  Return of Properties: Arrest Number....
- <u>TO HOMELAND SECURITY MIA AND Christopher D. Maston, and Raymond Ray, US COURTS, AND Donald Trump WHITE HOUSE:</u>
- Included: Electronic Notice of Service of Court Documents for documents filed on 5/22/19 in State Court
- <u>Attachments (2)</u>
- (1) Motion for Protective Order.pdf – "Injunction, Motion to Stay, Obstruction..."
- (2) Notice Of Filing – Pages 1 to 15.pdf – "Plaintiff Reinstates Misconduct on the Court By Officers of the Court"

**Tuesday, June 11, 2019 @ 9:40 AM**
Email from eservie@myflcourtaccess.com
- Subject:  Notice of Inclusion on eService List Case #2018-018989-FC-04
- Filer Name:  H.I.H. Dom Marcellus Aka SS 592296956
- Email Address: mail@qctech.net, mail@qctech.org
- <u>Action:  added Joe Falzone to State Court's efiling service list</u>

**Tuesday, June 11, 2019 @ 9:40 AM**
Email from eservie@myflcourtaccess.com
- Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 132018DR018989A00104 Miami-Dade Police DepartmentvsDe Carvahlo, Marcelo Meirelles
- Attachment (1)
- (1) Notice of Appearance.pdf – "Amended Notice of Rectification of Public Access Courts Electronic Records and Motion To Stay Pending On International Tribunals of Justice Resolutions for the Criminal Case 18-18989 FC 04-Miami-Dade, Florida Adjudged by Criminal ZOG Member Carrol Kelly"

**Wednesday, June 12, 2019 @ 10:30 AM**
Email from eservie@myflcourtaccess.com
- Subject: Notice of Inclusion on eService List Case #2010-027035-CA-01
- Filer Name: H.I.H. Dom Marcellus Aka SS 592296956
- Email Address: mail@qctech.net, mail@qctech.org
- Action: added Joe Falzone to State Court's efiling service list

**Wednesday, June 12, 2019 @ 10:52 AM**
Email from eservie@myflcourtaccess.com
- Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 132010CA027035000001 Qctech Corp vs Winston Towers 100 Assn Inc – Part 1 of 2
- Attachment (4)
- (1) Affidavit of Proof (Claim).pdf - "Plaintiff Reinstates Misconduct on the Court by Officers of the Court"
- (2) Notice Of Filing.pdf – "Plaintiff's Protests Due to Premature Defendant's Motion to Confirm Arbitration Award"
- (3) Notice of Filing.pdf – "Notice of Hearing"
- (4) Affidavit In in Support of Summary Judgement – Pages 1 to 58.pdf "Plaintiff's Protests Due to Premature Defendant's Motion to Confirm Arbitration Award"

**Wednesday, June 12, 2019 @ 10:52 AM**
Email from eservie@myflcourtaccess.com
- Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 132010CA027035000001 Qctech Corp vs Winston Towers 100 Assn Inc – Part 2 of 2
- Attachment (1)
- (1) Affidavit in Support of Summary Judgement – Pages 59 to 27.pdf