UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-22577-RNS

**In re:**
    **MARCELO MEIRELLES De CARVALHO**

_____/

## STATUS UPDATE

Counsel for Mr. Meirelles De Carvalho respectfully submits this status update in advance of the status conference scheduled for July 17, 2019.

On July 8, 2019, the Honorable Federico Moreno held a status conference in this matter. (D.E. 15.) On that date, counsel for Mr. Meirelles De Carvalho advised the Court that they intended to have Mr. Meirelles De Carvalho evaluated by a qualified doctor and expected the evaluation to be performed within a week. The Court set another status conference for July 17, 2019. (D.E. 16, 17.)

Since the first status conference, counsel for Mr. Meirelles De Carvalho has sought approval from the Federal Detention Center for a private doctor to visit Mr. Meirelles De Carvalho to perform an evaluation. The legal liaison at the Federal Detention Center did not respond to or approve this request by the intended date, despite multiple attempts by undersigned counsel to elicit a response.

Accordingly, undersigned counsel has resubmitted a request to the Federal Detention Center to approve a visit by the same doctor on July 24, 2019. Though the visit has not yet been approved, the legal liaison at the jail has responded to the

request by asking for the submission of additional paperwork. Counsel for Mr. Meirelles De Carvalho, thus, expects the visit to be approved.

Counsel for Mr. Meirelles De Carvalho respectfully submits this update to the Court and suggests that an additional status conference be scheduled the week of July 29, 2019, to allow the planned evaluation to proceed.

**Respectfully submitted,**

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By: */s/ Abigail Becker*
Assistant Federal Public Defender
Fla. Bar No. 72284
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Tel: (305) 530-7000
Fax: (305) 536-4559
E-mail: abigail_becker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **July 16, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            */s/ Abigail Becker*