United States District Court
for the
Southern District of Florida

In re:

Marcelo Meirelles De Carvalho

No. 19-22577-mc-Scola
Criminal Contempt Proceeding

## Order on Competency

    This matter was before the Court for a hearing on September 26, 2019. The Court and parties received and reviewed a Forensic Evaluation Report prepared by Dr. Carmen Rodriguez in which Dr. Rodriguez opined that Marcelo Meirelles De Carvalho is not competent to proceed to trial. Upon the stipulation of the parties, the Court accepts Dr. Carmen Rodriguez's Forensic Evaluation in lieu of live testimony and hereby finds Mr. De Carvalho is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; thus, he is not competent to stand trial.

    Accordingly, the Court **orders** Mr. De Carvalho to be committed to the custody of the Attorney General, who shall hospitalize the defendant:

(1) for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, and

(2) for an additional reasonable period of time until—

    (A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

    (B) the pending charges against him are disposed of according to law;

    whichever is earlier.

    If, at the end of the time period specified, it is determined that the defendant's mental condition has not so improved as to permit the proceedings to go forward, the defendant is subject to the provisions of sections 4246 and 4248. 18 U.S.C. § 4241(d).

The Attorney General/Bureau of Prisons shall file a report with the Court on the status of Mr. De Carvalho's competency no later than December 17, 2019.

The Court recommends that if Mr. De Carvalho is going to be transferred to a different facility from FDC-Miami, the transfer be effectuated immediately.

A status hearing is set before this Court at 8:30 a.m. on November 8, 2019. In order to assist the Court, it is hereby ordered that the treating physician of Mr. De Carvalho appear by telephone to provide an update of the treatment of Mr. De Carvalho. The treating physician may call the Court at 305-523-5140.

**Done and Ordered** in Chambers at Miami, Florida, on September 26, 2019.

Robert N. Scola, Jr.
United States District Judge