United States District Court
for the
Southern District of Florida

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| Marcelo Meirelles De Carvalho | ) No. 19-22577-CV-Scola |
| USM 20030-104 | ) Criminal Contempt Proceeding |
| | ) |

**<u>Amended Order on Competency[1]</u>**

     This matter was before the Court for a hearing on September 26, 2019. The Court and parties received and reviewed a Forensic Evaluation Report prepared by Dr. Carmen Rodriguez in which Dr. Rodriguez opined that Marcelo Meirelles De Carvalho is not competent to proceed to trial. Upon the stipulation of the parties, the Court accepts Dr. Carmen Rodriguez's Forensic Evaluation in lieu of live testimony and hereby finds Mr. De Carvalho is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; thus, he is not competent to stand trial.

     Accordingly, the Court **orders** Mr. De Carvalho to be committed to the custody of the Attorney General, who shall hospitalize the defendant:

(1) for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, and

(2) for an additional reasonable period of time until—

    (A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

    (B) the pending charges against him are disposed of according to law;

    whichever is earlier.

---

[1] On October 4, 2019, the Court received an email communication from Sharvette Edwards, Criminal Program Specialist with the U.S. Marshals Service, to inform the Court that presently there is a waiting list for available beds at Butner FMC. Due to the shortage of beds, the earliest that Mr. De Carvalho will be transported from FDC Miami to Butner FMC is the week of January 3, 2020. Based on the foregoing, the Court issues this amended order with new status date and report deadline.

If, at the end of the time period specified, it is determined that the defendant's mental condition has not so improved as to permit the proceedings to go forward, the defendant is subject to the provisions of sections 4246 and 4248. 18 U.S.C. § 4241(d).

The Attorney General/Bureau of Prisons shall file a report with the Court on the status of Mr. De Carvalho's competency no later than **April 24, 2020**.

The Court recommends that if Mr. De Carvalho is going to be transferred to a different facility from FDC-Miami, the transfer be effectuated immediately.

A status hearing is set before this Court at **8:30 a.m. on Friday, February 7, 2020**. In order to assist the Court, it is hereby ordered that the treating physician of Mr. De Carvalho appear by **telephone** to provide an update of the treatment of Mr. De Carvalho. The treating physician may call the Court at **305-523-5140**.

**Done and Ordered** in Chambers at Miami, Florida, on October 21, 2019.

Robert N. Scola, Jr.
United States District Judge

cc: AUSA Daniel Cervantes
AUSA Ignacio J. Vazquez, Jr.
Michael Caruso, FPD
Abigail E. Becker, AFPD
U.S. Marshals Service (Miami)



RE: Marcelo Carvalho - 20030-104/ case: 19-22577-SCOLA
Edwards, Sharvette (USMS)
to:
Jacob_Hasbun@flsd.uscourts.gov
10/04/2019 02:27 PM
Hide Details
From: "Edwards, Sharvette (USMS)" <Sharvette.Edwards2@usdoj.gov>
To: "Jacob_Hasbun@flsd.uscourts.gov" <Jacob_Hasbun@flsd.uscourts.gov>
History: This message has been forwarded.

Hi Jacob,

No good news, he will now arrive BUTNER the week of 1/3/2020. A week after the date I originally was told that he would be there.

Thanks,

*Sharvette Edwards*

Criminal Program Specialist
US Marshal Service
Southern District of Florida/Miami Office
400 N. Miami Avenue, 6th Floor
Miami, Florida 33128
Ofc: 786-433-6604
Fax: 305-536-4636



**From:** Edwards, Sharvette (USMS)
**Sent:** Wednesday, October 2, 2019 3:42 PM
**To:** Jacob_Hasbun@flsd.uscourts.gov
**Subject:** RE: Marcelo Carvalho - 20030-104/ case: 19-22577-SCOLA

Hello Jacob,

Per transportation, he arrives in BUH that week of 12/23/2019, tentatively of course.

Thanks,

*Sharvette Edwards*

Criminal Program Specialist
US Marshal Service
Southern District of Florida/Miami Office
400 N. Miami Avenue, 6th Floor
Miami, Florida 33128
Ofc: 786-433-6604
Fax: 305-536-4636



**From:** Jacob_Hasbun@flsd.uscourts.gov [mailto:Jacob_Hasbun@flsd.uscourts.gov]
**Sent:** Wednesday, October 2, 2019 2:40 PM
**To:** Edwards, Sharvette (USMS) <SEdwards@usms.doj.gov>
**Subject:** Re: Marcelo Carvalho - 20030-104/ case: 19-22577-SCOLA

Sharvette:

Judge Scola reviewed your email. He said he is inclined to grant an extension of time but it does not make sense to issue an amended order with new deadlines and dates until we know when Mr. De Carvalho is at Butner, NC. Do you have any idea when he is scheduled to depart FDC Miami and arrive at Bunter?

Jacob M. Hasbun
Courtroom Deputy to the Honorable Robert N. Scola, Jr.
United States District Court
400 North Miami Avenue - Courtroom 12-3 (12th floor)
Miami, Florida 33128
305.523.5145 (direct) or 5140 (main)
305.523.5149 fax
jacob_hasbun@flsd.uscourts.gov

| | |
|---|---|
| From: | "Edwards, Sharvette (USMS)" <Sharvette.Edwards2@usdoj.gov> |
| To: | "Jacob_Hasbun@flsd.uscourts.gov" <Jacob_Hasbun@flsd.uscourts.gov> |
| Date: | 10/01/2019 05:03 PM |
| Subject: | Marcelo Carvalho - 20030-104/ case: 19-22577-SCOLA |

Hello Jacob,

Per transportation.

A requested extension date of 12/27/2019 is necessary because: A bed availability date has been provided for the medical facility that is beyond the current deadline date. The Medical facility where this inmate is designated (BUTNER FMC) has a wait list for available beds. Beds waits are currently over 30 days at several BOP Medical facilities due to national manning and facility capacity issues, and due to the types of studies that each facility can perform. Can you please let the Judge know that he will not make the dead line of 11/8/2019 because he will not have gone to the facility to be treated yet? Please advise.

Thanks,

*Sharvette Edwards*
Criminal Program Specialist
US Marshal Service
Southern District of Florida/Miami Office

400 N. Miami Avenue, 6th Floor
Miami, Florida 33128
Ofc: 786-433-6604
Fax: 305-536-4636



```
----- Message from "WorkcenterMFP@usdoj.gov" <WorkcenterMFP@usdoj.gov> on Tue, 1 Oct 2019 21:00:24 +0000 -----
```

**To:** "Edwards, Sharvette (USMS)" <SEdwards@usms.doj.gov>
**Subject:** Scanned from a Xerox Multifunction Printer

```
Please open the attached document. It was sent to you using a Xerox multifunction
printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: USMS-C-FLS45642
Device Name: USMS-C-FLS45642



[attachment "Scanned from a Xerox Multifunction Printer.pdf" deleted by Jacob
Hasbun/FLSD/11/USCOURTS]
```