UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-22577-SCOLA

In re:

**MARCELO MEIRELLES De CARVALHO**
USM No.  20030-104

_____/

**ORDER**

THIS CAUSE is before the Court upon the status hearing held October 25, 2019, and the *ore tenus* request made on behalf of Mr. Meirelles De Carvalho. It is

ORDERED AND ADJUDGED as follows: the Court recommends that the Bureau of Prisons permit Kevin Hinds to have regular social visits with Mr. Meirelles De Carvalho while he is detained at the Federal Detention Center in Miami.

DONE AND ORDERED in chambers at Miami, Florida, this 25th day of October, 2019.

_____
HON. ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc: counsel of record