United States District Court
for the
Southern District of Florida

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | No. 19-22577-CV-Scola |
| Marcelo Meirelles De Carvalho ) | Criminal Contempt Proceeding |
| USM 20030-104 ) | |

## Order Dismissing Case

This matter was before the Court for a status conference on April 6, 2020. Upon a review of the record, Mr. De Carvalho's testimony, and the Forensic Evaluation Report dated the April 3, 2020, the Court **dismisses** this contempt proceeding against Marcelo Meirelles De Carvalho.

This matter came before the Court on the United States Bankruptcy Court Judge John K. Olson's emergency report and recommendation that the Court initiate criminal contempt proceedings against Mr. De Carvalho. According to Judge Olson, he is unable to determine whether Mr. De Carvalho's threats to the Court are "serious and dangerous, which are concept that this Court could not adequately assess without a psychiatric evaluation." (Rep. & Rec., ECF No. 1, 5.) This Court subsequently initiated criminal contempt charges against Mr. De Carvalho and required him to undergo a psychiatric or psychological evaluation to determine his mental competency to proceed in this case. (Order Requiring Mental Evaluation, ECF No. 24.) On September 5, 2019, the United States Federal Bureau of Prisons issued an Evaluation Report that recommended that the Court find Mr. De Carvalho incompetent to stand trial. (Forensic Evaluation, ECF No. 39-1.) The Court committed Mr. De Carvalho to the custody of the Attorney General to hospitalize for treatment and to restore him to competency. After a period of hospitalization at FMC Butner, the doctors at FMC Butner recommended that the Court find that he has been restored to competency during a March 23, 2020 status conference. The Court ordered that Mr. De Carvalho be released from custody on bond. (Order Following Status Conference, ECF No. 68.)

Today, Mr. De Carvalho appeared via videoconference[1] at a status hearing in this case. Prior to the hearing, the Court and the parties received and reviewed

---

[1] Due to the coronavirus pandemic, the Court is conducting hearings either telephonically or via videoconferencing to prevent further spread of the disease. *See* Administrative Order 2020-24 at ¶ 8 ("Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable").

a Forensic Evaluation Report prepared by Dr. Robert Cochrane, which included a certificate of restoration of competency to stand trial. At the hearing, Mr. De Carvalho appeared lucid and fully aware of the present circumstances. He testified that he has been taking his medications as prescribed. Mr. De Carvalho is going to begin living at his own residence, which is a block away from his friend Mr. Kevin Hinds's residence. He testified that he no longer has a permit to conceal and carry firearms, and that he has no intention of purchasing guns. He agreed not to contact the Bankruptcy Court regarding his closed bankruptcy case and not to contact the now-retired Judge Olson or his prior staff.

After considering Dr. Cochrane's Forensic Evaluation Report, Mr. De Carvalho's testimony, and the record which shows that Mr. De Carvalho has been incarcerated since July 3, 2019, the Court **dismisses** this criminal contempt proceeding against Mr. De Carvalho. The Court directs the **Clerk** to **close** the case. Any pending motions are denied as moot. Any and all conditions of bond no longer apply, and Mr. De Carvalho is no longer required to report to Pretrial Services.

**Done and Ordered** in Chambers at Miami, Florida, on April 6, 2020.

Robert N. Scola, Jr.
United States District Judge